UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAVLE ZIVKOVIC, on behalf of himself
and others similarly situated,

                Plaintiff,                              17-cv-00553-GHW

    -against-

LAURA CHRISTY LLC d/b/a VALBELLA,           **RULE 7.1 CORPORATE**
LAURA CHRISTY MIDTOWN LLC, DAVID       **DISCLOSURE**
GHATANFARD, and GENCO LUCA,

                Defendants.
-----------------------------------------------------------------X

        Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant LAURA CHRISTY LLC d/b/a VALBELLA, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        NONE.

Dated: New York, New York
       March 30, 2017

                                                          DEALY SILBERSTEIN
                                                          & BRAVERMAN, LLP

                                                          By: _____
                                                              Milo Silberstein
                                                           *Attorneys for Defendants Laura Christy LLC*
                                                           *d/b/a Valbella*
                                                           225 Broadway, Suite 1405
                                                           New York, New York 10007
                                                           (212) 385-0066