```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/05/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAVLE ZIVKOVIC, *on behalf of himself and others similarly situated*,

                          Plaintiff,

-against-

LAURA CHRISTY, LLC *d/b/a* Valbella, LAURA CHRISTY MIDTOWN, LLC, DAVID GHATANFARD, and GENCO LUCA,

                          Defendants.
-------------------------------------------------------------X

1:17-cv-553-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As discussed during the March 2, 2018 telephone conference, following opt-in plaintiff Vito Avella's failure to appear for his court-ordered deposition, Dkt. No. 82, the parties consent to the dismissal of Mr. Avella from this action.

    The Clerk of Court is directed to remove Vito Avella's name from the caption of this case, and to terminate the motion pending at Dkt. No. 82.

    SO ORDERED.

Dated: March 2, 2018  
New York, New York

                                                _____  
                                                GREGORY H. WOODS  
                                                United States District Judge