```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAVLE ZIVKOVIC, on behalf of himself and others   :
similarly situated,                               :
                                                  :
                               Plaintiff,         :     1:17-cv-553-GHW
                                                  :
              -against-                           :     ORDER
                                                  :
LAURA CHRISTY, LLC d/b/a Valbella, LAURA          :
CHRISTY MIDTOWN, LLC, DAVID                       :
GHATANFARD, and GENCO LUCA,                       :
                                                  :
                               Defendants.        :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021
```

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will commence on March 28, 2022. Plaintiffs are directed to provide Defendants with initial drafts of the parties' pretrial materials on or before December 10, 2021. Defendants are directed to provide their edits and revisions to Plaintiffs by January 24, 2022. The parties' pretrial materials are due to the Court no later than February 7, 2022.

The Court will hold a final pretrial conference in this case on Tuesday, March 1, 2022 at 10:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The parties are directed to submit the following materials no later than February 7, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 245.

SO ORDERED.

Dated: November 10, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge