USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PAVLE ZIVKOVIC, *on behalf of himself and others similarly situated*,

                              Plaintiff,

                  -against-

LAURA CHRISTY, LLC *d/b/a* Valbella, LAURA CHRISTY MIDTOWN, LLC, DAVID GHATANFARD, and GENCO LUCA,

                              Defendants.

-----------------------------------------------------------------X

1:17-cv-553-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 11, 2021, the Court scheduled the jury trial in this case to begin on March 28, 2022. Dkt. No. 248. The jury trial is adjourned to Thursday, March 31, 2022 at 9:00 a.m. The remaining deadlines laid out in the Court's November 11, 2021 order, Dkt. No. 248, remain in effect.

SO ORDERED.

Dated: December 1, 2021
New York, New York

                                                              GREGORY H. WOODS
                                                    United States District Judge