

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Amanda E. Maguire
Maria Louisa Bianco
———
Albert J. Soler
*Of Counsel*

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385-0066  F: (212) 385-2117
dsblawny.com

January 27, 2022

# MEMORANDUM ENDORSED

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/22
```

Re:   **_Zivkovic v. Laura Christy LLC, et al._**
      **S.D.N.Y. Case No. 17-cv-553 (GHW)**

Dear Judge Woods:

This firm represents Defendant Laura Christy LLC. This letter is submitted with the consent of all counsel.

We write to request that the date to submit the pre-trial submissions in this case be adjourned from February 7, 2022 to February 11, 2022. The reason for the request is that Defense counsel had an urgent issue arise that prevented Defense counsel from providing our comments to Plaintiffs' counsel on the date Defense counsel promised and agreed to, *i.e.,* two (2) weeks before the submission to Your Honor. The pre-trial conference is scheduled before Your Honor on March 1, 2022, and the trial is scheduled to begin on March 31, 2022. We do not believe this short adjournment should cause any delay of the pre-trial conference or the trial in this matter. We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Maria Luisa Bianco*

cc:   All Counsel via ECF

Application granted. The parties' pre-trial submissions, described in the Court's November 10, 2021 Order, Dkt. No. 248, are due on or before February 11, 2022. The remaining deadlines laid out in the Court's November 10, 2021 and December 1, 2021 Orders, Dkt. Nos. 248 and 249, remain unchanged.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 250.

SO ORDERED.

Dated:  January 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge