UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PAVLE ZIVKOVIC, *on behalf of himself and others similarly situated*,

                          Plaintiff,

-against-

LAURA CHRISTY, LLC *d/b/a* Valbella, LAURA CHRISTY MIDTOWN, LLC, DAVID GHATANFARD, and GENCO LUCA,

                          Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022

1:17-cv-553-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the March 11, 2022 final pretrial conference, Plaintiffs' first motion *in limine*, Dkt. No. 256, is granted. Defendants are precluded from calling the forty-three previously undisclosed witnesses identified by Plaintiff in the Joint Proposed Pretrial Order, Dkt. No. 253, at 9–16.

For the reasons stated on the record during the March 11, 2022 final pretrial conference, Plaintiff's second motion *in limine*, Dkt. No. 258, is granted in part and denied in part. Defendants are precluded from introducing evidence of the precise amount of tips received by individual class members. However, the Court denies Plaintiffs' request to exclude all evidence of non-written tip notice. As explained during the conference, Defendants are directed to inform the Court no later than one business day prior to the introduction of evidence by Defendant regarding non-written tip notice.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 256 and 258.

SO ORDERED.

Dated: March 14, 2022
New York, New York

                                          GREGORY H. WOODS
                                          United States District Judge