UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PAVLE ZIVKOVIC, *on behalf of himself and others similarly situated*,

                                              Plaintiff,

                    -against-

LAURA CHRISTY, LLC *d/b/a* Valbella, LAURA
CHRISTY MIDTOWN, LLC, DAVID
GHATANFARD, and GENCO LUCA,

                                              Defendants.

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

1:17-cv-553-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In light of the jury's verdict, Plaintiffs are directed to provide Defendants with a proposed calculation of damages on or before April 15, 2022. The parties are then directed to file a joint letter on or before April 20, 2022, providing the Court with the parties' proposed calculation of damages. The letter should include Plaintiffs' proposed calculation of damages along with a description of any points of disagreement between Plaintiffs and Defendants. In addition, the joint letter should include a proposed approach for devising a plan of allocation of the award of damages amongst the class members.

Plaintiffs are also directed to file any application for attorneys' fees on or before May 6, 2022. Defendants' opposition to Plaintiffs application for attorneys' fees is due within two weeks of the date of service of Plaintiffs' application. Plaintiffs' reply, if any, is due one week following the date of service of Defendants' opposition.

SO ORDERED.

Dated:  April 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge