# HAROLD, SALANT, STRASSFIELD & ROTBARD, LLP

ATTORNEYS AND COUNSELORS AT LAW
81 MAIN STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 683-2500
FAX: (914) 683-1279
www.haroldsalant.com

CHRISTOPHER P. HAROLD
ELIZABETH G. HAROLD
GREGORY A. SALANT
RICHARD J. STRASSFIELD
JEROLD C. ROTBARD
DONNA E. ABRAMS

OF COUNSEL
LEONARD I. SPIELBERG
RACHEL J. FILASTO

April 14, 2022

**VIA ECF**

Honorable Gregory H. Woods
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Zivkovic v. Laura Christy LLC, et al, 17 CV 553 (GHW)(GWG)**

Dear Judge Woods,

We represent Defendant, Laura Christy Midtown, LLC. in the above and write on behalf of all Defendants.

We remind the Court that at the close of Plaintiffs' case, we moved the Court to de-certify the Plaintiff class. Our motion at that time was grounded, inter alia, on Plaintiffs' failure in its case, to cure the Courts' basis for denying summary judgment as set forth in the Court's decision dated October 18, 2019 at pages 11-12.  Further our said motion relied upon the holding of the Second Circuit Court of Appeals in Jin v. Shanghai Original, Inc. , 990 F.3d 251.  Plaintiffs called as witnesses only 4 members of the almost 400 person class, did not procure expert testimony to establish damages and failed to adduce representative testimony. We submit that the said motion merits consideration and a decision by the Court.

Respectfully,

/S/ Leonard Spielberg