# NEAL S. COMER

ATTORNEY AT LAW

81 MAIN STREET

WHITE PLAINS · NEW YORK 10601

TEL: 914 683-5400 · FAX: 914 683-1279

comeresq@aol.com

June 7, 2022

*VIA ECF*

Honorable Gregory H. Woods
Southern District of New York
United States District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

>                    Re:   Zivkovic v. Laura Christy LLC et al.
>                          17 cv 553

Dear Judge Woods:

    I represent David Ghatanfard and Genco Luca, the two individual defendants in the above-referenced matter. We have just received Your Honor's memo setting a telephone conference for Friday, June 10, 2022 at 10:00 a.m. Regretfully, I will be unable to attend at that time as I will be otherwise engaged. I respectfully ask the court to move the conference to any time after 2:00 that afternoon or, if that is not convenient, to any time on Monday, June 13, any time after 11:00 on Tuesday June 14, or any time on Wednesday, June 15.

    As always the court's courtesy is appreciated.

Respectfully yours,

Neal S. Comer