USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

        Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

        Defendants.

17-CV-00553-GHW

**JUDGMENT**

WHEREAS this action was tried to a jury and, on April 11, 2022, the jury rendered a verdict in favor of Plaintiff Pavle Zivkovic as well as in favor of the Subclasses that the Court certified on November 13, 2018 (Dkt. No. 147); and

WHEREAS, in accordance with Fed. R. Civ. P. 23(c)(3)(b), the names of the individuals whom notice was directed, who have not requested exclusion, and whom the Court finds to be class members are attached hereto as "Exhibit A" (the "Subclass Members"); and

WHEREAS the Court has calculated the total damages of judgment due to the Subclass Members and to Plaintiff Zivkovic based on the verdict rendered by the jury (Dkt. No. 283);

It is HEREBY, ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall enter judgment as follows:

    1.    Pursuant to the jury's verdict, Judgment shall be entered in favor of the Subclasses and against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally, in the amount of $4,509,868.78 which includes prejudgment interest (the "Class Jury Award").

    2.    Plaintiffs' counsel, Joseph & Kirschenbaum LLP, shall be awarded $1,503,274.56 as attorneys' fees which shall be paid out of the Class Jury Award.

3. In addition, lead plaintiffs Ricardo Sanchez, Fernando Marin, and Alejandra C. Rendon shall each be awarded $5,000 as service awards, in addition to the individual respective amounts they are entitled to from this Judgment. These service awards shall also be paid out of the Class Jury Award.

4. In addition to the sum owed pursuant to Class Jury Award, the Court also awards class counsel, Joseph & Kirschenbaum LLP, $561,948.50 in attorneys' fees pursuant to the fee-shifting provisions of the New York Labor Law ("NYLL") as well as $20,200.57 in costs pursuant to that statute for a total of $582,149.07.

5. Accordingly, in the aggregate, Judgment shall be entered in favor of the Subclasses and against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally, in the amount of $5,092,017.85 which includes prejudgment interest (the "Class Judgment").

6. Pursuant to New York Labor Law § 198(4), any or all of the $5,092,017.85 Class Judgment amount which is not paid within ninety (90) days of this Judgment shall be automatically increased at the rate of 15% of the Judgment.

7. In addition to the Class Judgment amount, judgment shall also be entered in favor of Pavle Zivkovic and against Defendants Genco Luca, Laura Christy Midtown LLC, and David Ghatanfard, as follows:

| **Defendant** | **Judgment Amount** |
|---|---|
| Genco Luca | $25,000.00 |
| Laura Christy Midtown LLC | $452,500.00 |
| David Ghatanfard | $202,500.00 |
| **Total** | **$680,000** |

8. The Court awards attorneys' fees pursuant to the fee-shifting provisions of the New York City Human Rights Law in the amount of $7,060.00 in favor of Plaintiffs' counsel, Joseph & Kirschenbaum LLP, and against Defendants Genco Luca, David Ghatanfard, and Laura Christy Midtown LLC, jointly and severally.

9. In sum, and for the avoidance of doubt, Judgment is hereby entered against each Defendant in the following amounts:

| Defendant | Judgment Amounts |
|---|---|
| Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally | $5,092,017.85 |
| Laura Christy Midtown LLC | $452,500.00 |
| David Ghatanfard | $202,500.00 |
| Genco Luca | $25,000.00 |
| Genco Luca, David Ghatanfard, and Laura Christy Midtown LLC, jointly and severally | $7,060 |
| **Total Judgment** | **$5,779,077.85** |

10. All the aforementioned judgment amounts shall be subject to post-judgment interest from the date this judgment is entered until the date these judgment amounts are fully satisfied at the rate fixed pursuant to 28 U.S.C. § 1961.

11. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: June 22, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

# EXHIBIT A

### I. Valbella Meatpacking Subclass Members

| Employee Name |
| --- |
| Abazi, Qerim |
| Abrau, Ronald |
| Adorno, Marcielo |
| Ajala, Malik |
| Aktas, Mehmet H. |
| Alicka, Armand |
| Alikaj, Armand |
| Alla, Albert |
| Alomar, Irina |
| Alonso, Antonio |
| Altas, Onder |
| Andrada, Marcos A. |
| Arellano, Israel |
| Arucevic, Edmir |
| Avendano, Enrique |
| Azemi, Shkelqim |
| Azevedo, Luis Filipe |
| Azuni, Klaidi |
| Bakalli, Arvit |
| Baldeon, Luis |
| Balska, Irena |
| Bancila, Gheorghe O. |
| Barbosa, Laugenice |
| Beaven, Laura |
| Besimovski, Adnan |
| Bolotbekova, Elvira |
| Borsky, Victoria |
| Bozal, Deniz |
| Brown, Danielle |
| Brown, Kaitlin G. |
| Bucinca, Rigon |
| Buczkowska, Magdalena |
| Bytyqi, Faton |
| Calfin, Christopher L. |
| Calixto, Carlos |
| Caltabiano, Mark |
| Castillo, Henrique |
| Cela, Ermir |
| Cervone, Gina Marie |
| Cesare, Jennifer |
| Ceylan, Cihan |
| Chodhury, Ruhel |

| |
|---|
| Chowdhury, Mohshin |
| Chowdhury, Ziaur |
| Chulkova, Irina |
| Cici, Keidi |
| Closs, Daniel |
| Colakel, Kemal |
| Connell, Elisha |
| Cristescu, Adrian |
| Dani, Alfred |
| Daniel, Closs |
| Das, Ratan K. |
| Deak, Tescia |
| Dezzutti, Brianne M. |
| Diaz, Andres |
| Diaz, Ray |
| DiDonato, Natalia |
| Dominguez, Joaquin |
| Dreisbach, Katherine H |
| Dressler, Jacqueline |
| Durman, Burak |
| Errico, Mario |
| Escalier, Alvaro M. |
| Esenlik, Emre |
| Fejzaj, Haki |
| Forlong, Roy A. |
| Franco, Raul A. |
| Frrokaj, Bekim |
| Frrokaj, Blerim |
| Frrokaj, Burim |
| Frrokaj, Rafi |
| Garcia, Guillermo C. |
| Garcia, Guillermo T. |
| Garcia, Maykol |
| Gashi, Shaban |
| Gatica, Samuel |
| Geckil, Ulas |
| Gifoli, Massimo |
| Goddard-Braithwaite, Tara A. |
| Gomez, Fernando |
| Guzman, Cristian |
| Hadzibrahimovic, Sani |
| Hadzibrahimovic, Verdon |
| Halilaj, Anthony |
| Haque, Athikul |

| |
|---|
| Heras, Marco G |
| Hernandez, David |
| Hernandez, Lucas |
| Herrera, Javier |
| Hopson, Simone R. |
| Hossain, Sorwer |
| Jadlovszki-Koleszar, Rosa |
| Jara, Hector |
| Kadyrova, Amina |
| Kajtazi, Armend |
| Karim, Md A. |
| Kasmi, Amer |
| Kasmi, Gent |
| Kilpatrick, Michael |
| Kish, Tiffinie |
| Klement, Andrew |
| Kochurova, Olha |
| Konca, Ulas |
| Kowzan, Emily |
| Krasniqi, Argon |
| Krasniqi, Arjanit |
| Krasniqi, Shkelqim |
| Kreshnik, Fejzaj |
| Kudra, Goran |
| Kusari, Hanor |
| Lala, Petrit |
| Lamaj, Klodian |
| Lambert, Barbara |
| Ljuljudurj, Lindon |
| Lovric, Hanna |
| Lucgjonjj, Viktor |
| Mahir, Ahmed |
| Makulova, Adel |
| Maloku, Shkoderan |
| Marin, Fernando |
| Matos, Ivana |
| McDougal, Ellie |
| Mema, Jusuf |
| Miocic, Zeljko |
| Mitri, Siljon |
| Mora, Adrienne |
| Muhaxher, Gramos |
| Muhshin, Ahmed |
| Mulaj, Buyar |
| Musaj, Tush |

| |
|---|
| Nimani, Burim |
| Nomani, Henri |
| Noreci, Olsian |
| Ochoa, Juan |
| Olate, Edwin E. |
| Oshlani, Bahri |
| Oshlani, Florije |
| Ozturk, Sercan |
| Paguay, Oscar P. |
| Paiva, Christiane |
| Panaccio, Tamara |
| Papa, Elio |
| Pashako, Ertis |
| Pashako, Florence |
| Paska, Mikel |
| Patino, Alfredo |
| Pepaj, Arijan |
| Perdedaj, Zef |
| Pereira-Morales, Juan Arnaldo |
| Pinos, Jorge |
| Pireva, Florent |
| Pllana, Leutrim |
| Portilla-Andrade, Jorge |
| Qosja, Bashkim |
| Qubreli, Genc |
| Quiros, Alejandro |
| Race, Derek |
| Raci, Agush |
| Rahman, Luthfer |
| Rahman, Mahbubur |
| Ramaj, Lirim |
| Rendon, Johan |
| Romano, John J. |
| Romero, Armando |
| Romero, Ivan |
| Rondon, Ender J. |
| Rosca, Ion |
| Rraci, Bashkim |
| Rraci, Imer |
| Ruiz, Israel R. |
| Sajid, Hassan |
| Sanchez, Higinio |
| Sanchez, Ricardo |
| Sandede, Unal |

9

| |
|---|
| Sanic, Hector R. |
| Scerri, Byron L. |
| Shala, Besfort |
| Shala, Sali |
| Shano, Etleva |
| Shano, Ivi |
| Shonar, Imran H |
| Shonar, Mohammed |
| Simmons, Francine B. |
| Sinsdale, Stephen |
| Titkova, Evgeniya |
| Torun, Ali |
| Ubdin, Misba |
| Uddin, MD A. |
| Uslu, Fikret |
| Uzzaman, Shamim |
| Vidas, Denis |
| Vita, Jemina |
| Xhemajli, Ekrem |
| Xhemajli, Shkelzen |
| Yilmaz, Tunch |
| Yilmaz, Unsal L. |
| Yozzo, Bricen |
| Zeidman, Nicole |
| Zherka, Agron |
| Zivkovic, Pavle |

II. **Valbella Midtown Subclass Members**

| **Employee Name** |
|---|
| Acevedo, Dariana |
| Agzzoum, Aly |
| Alane, Rachid |
| Altas, Onder |
| Alvarez, Ivan |
| Aslantas, Ferhat |
| Atroce, Mario |
| Avella, Vito |
| Avendano, Enrique |
| Avila, William S. |
| Ayar, Turker |
| Azcatl, Edgar |
| Azir, Uddin |

| |
|---|
| Balska, Irena |
| Bekimi, Albino |
| Berisha, Albert |
| Bolmonte, Herminio |
| Boyadjan, Yuliya |
| Bravo, Luis |
| Brown, John |
| Brown, Kaitlin G. |
| Caka, Marko |
| Calle, Luis |
| Caltabiano, Mark |
| Canales, Jose |
| Candia, Felicito |
| Casales, Juan |
| Cassavitis, Ashley |
| Castillo, Henrique |
| Cedeno, Oliver H. |
| Celmeta, Ardian |
| Centeno-Martinez, Javier |
| Chino, Noe |
| Cici, Keidi |
| Cohen, Arielle |
| Cvetrovsra, Marija |
| Dalbery, Scot |
| Dalipi, Arget |
| Darcourt, Joseph |
| Diaz, Ray |
| Dimitrova, Karmena |
| Duque, Alexander |
| Durman, Burak |
| Esenlik, Emre |
| Fabiani, Julio |
| Farlow, Troy J. |
| Fernandez, Jose A. |
| Forlong, Roy |
| Frrokaj, Bekim |
| Frrokaj, Blerim |
| Garcia, Maykol |
| Garcia, Saul |
| Gashi, Agon |
| Gashi, Dardan |
| Gaviria, Gloria |

| |
|---|
| Geckil, Ulas |
| Gifoli, Massimo |
| Gimenez, Giorgio |
| Giordano Jr., Joseph |
| Gjini, Zef |
| Goldman, Helena |
| Gomez, Sandra |
| Gonzalez, Antonio |
| Guzman, Cesar Ivan |
| Hahija, Blerim |
| Hardy, Patrick W. |
| Heras, Marco G. |
| Hernandez, David |
| Hernandez, Delia |
| Hirschhorn, Andrew |
| Hoxha, Granit |
| Islaim, Syed |
| Islam, Rasiqul |
| Jakaj, Mikel |
| Jaramillo, Selso W. |
| Jara, Hector |
| Jones, Natalie |
| Juka, Herald |
| Kasmi, Gent |
| Kasumi, Rijad |
| Kelly, Caitlin |
| Knezevic, Vojislav |
| Kraja, Eren |
| Krasniqi, Besnik |
| Krasniqi, Blerim |
| Leca, Catalina |
| Lee, Brian J. |
| Lopez, Rosendo |
| Lovric, Hanna |
| Lukacevic, Andrijana |
| Macar, Andelko |
| Martinovic, Kire J. |
| Maldonado, Jose Luis |
| Malfetano, Ryan J. |
| Marku, Freddy |
| Mashi, Mario |
| Mavraj, Ermal |
| Mema, Jusef |
| Mercado, Tiffany B. |
| Mercedes, Armando |

| |
|---|
| Miah, Moynul |
| Michos, Diana |
| Moctesuma, Rafael |
| Molina, Windsor |
| Mucollari, Hysen |
| Muniz, Antonio |
| Nikcevic, Ivana |
| Nino, Daniel |
| Nistor, Ionel |
| Onofre, Antonio De Jesus |
| Orozco, Andres Felipe |
| Ortiz, Juan M. |
| Ozturk, Sercan |
| Paguay, Manuel F. |
| Paguay, Oscar |
| Pashako, Ertis |
| Pashako, Florence |
| Pashako, Stephany A. |
| Pelico-Perez, Urbano B. |
| Pereira, Juan |
| Perolli, Drilon |
| Petkovic, Bojan |
| Pllana, Florim |
| Poppsoba, Emiliya |
| Pusic, Nenad |
| Qoshja, Liburn |
| Queiroz, Louiz |
| Quiros, Alejandro |
| Quizhri, Wilson |
| Race, Derek |
| Radoncic, Jenuz |
| Rakaj, Ervis |
| Rakos, Robert |
| Ramirez, Jesus |
| Ramos, Rogelio |
| Rendon, Alejandra C. |
| Rivera, Jaime |
| Rodpothong, Kanda |
| Rojas, Juan Carlos |
| Romano, Roberto |
| Romero, Armando |
| Romero, Ivan |
| Rosa, Paola |
| Rraci, Bashkim |

| |
|---|
| Rucda, Antonio |
| Ruiz, Alex |
| Ryan, Quinn |
| Sajid, Hassan |
| Salgado, Juan |
| Sanchez, Christian |
| Sanchez, Johnathan |
| Sanchez, Ricardo |
| Sani, Bruno |
| Sarmiento, Jose |
| Sebbag, Yonni |
| Secolo, Angelo |
| Seferi, Milaim |
| Shannen, Timothy G. |
| Shokdra, Arben |
| Siguencia, Marco |
| Silva, Mauricio |
| Simaku, Endri |
| Simone, Kirstein |
| Simonetti, Cristiano |
| Slamna, Daniel |
| Smith, Brittany N. |
| Sornoza, Joshua |
| Tacuri, Vicente |
| Tononi, Fabio |
| Topal, Ismail |
| Uslu, Fikret |
| Uzzaman, Shamim |
| Valenca, Lais |
| Vasquez, Marco |
| Vazquez, Ricardo |
| Velasco, Erick |
| Veseli, Valmir |
| Wdowiak, Magdalena |
| Yilmaz, Tunch |
| Ymeri, Aridon |
| Yuce, Murat |
| Yungberg, Sofia |
| Zivkovic, Pavle |