UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIVKOVIC, on behalf of himself and other similarly situated,<br><br>                                        Plaintiff,<br><br>– against –<br><br>LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,<br><br>                                        Defendants. | **NOTICE OF APPEAL**<br><br>17-CV-00553-GHW |

      NOTICE IS HEREBY GIVEN THAT Laura Christy LLC d/b/a Valbella, Laura Christy Midtown LLC, David Ghatanfard, and Genco Luca, defendants in the above-captioned action ("Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the entirety of the final judgment entered in this action by the Clerk of Court on June 22, 2022 ("Final Judgment").

      Attached hereto as Exhibit A is a true and correct copy of the Final Judgment.

Dated July 19, 2022
White Plains, New York

                                                    /s/ Daniel S. Alter

                                                    Daniel S. Alter, Esq.
                                                    Abrams Fensterman LLP
                                                    81 Main Street, Suite 400
                                                    White Plains, NY 10601
                                                    (914) 607-7010
                                                    dalter@abramslaw.com
                                                    *Attorneys for Defendants*