UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PAVLE ZIVKOVIC, on behalf of himself and
others similarly situtated,

          Plaintiff,

    -against-

LAURA CHRISTY LLC d/b/a VALBELLA,
LAURA CHRISTY MIDTOWN LLC, DAVID
GHATANFARD, and GENCO LUCA,

          Defendants.
------------------------------------------------------------ x

Civil Action No. 17-cv-00553 (GHW)

**DECLARATION OF JOSEF NUSSBAUM**

I, Josef Nussbaum, declare under penalty of perjury that the following is true and correct:

1. I am a partner with Joseph & Kirschenbaum LLP, class counsel in the above-captioned matter. I submit this Declaration in support of Plaintiffs' motion to for an order to show cause why Milton J. Pirsos, CPA should not be ordered to comply with Plaintiffs' subpoena dated November 4, 2022. I am familiar with the facts and circumstances set forth herein.

2. On June 22, 2022, this Court entered judgment in this case against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghantanfard, jointly and severally, for an amount in excess of $5 million. To date, the entirety of that judgment remains outstanding.

3. On November 4, 2022, I caused to be served on Milton J. Pirsos, CPA a subpoena, a true and correct copy of which is attached hereto as **Exhibit A**.

4. On November 28, 2022, Plaintiffs served a revised subpoena on Mr. Pirsos, which provided additional details about the documents Plaintiffs sought. A true and correct copy of this subpoena is attached hereto as **Exhibit B.**

1

5. On or about December 12, 2022, I received a letter from John Lentinello, Esq. of the firm Milber, Makris, Plousadis & Seiden, LLP, counsel for Mr. Pirsos in connection with the subpoena. A true and correct copy of Mr. Lentinello's December 12, 2022 letter is attached hereto as **Exhibit C**.

6. On December 22, 2022, I met and conferred with Mr. Lentinello regarding his letter. During that conversation, Mr. Lentinello informed me that his client maintains no objections to his own to the November 28 revised subpoena, and would comply with the subpoena if it were "so-ordered" by the Court. Mr. Lentinello also confirmed that he would accept service of any so-ordered subpoena on behalf of Mr. Pirsos.

7. A copy of Plaintiffs' proposed order to show cause is attached hereto as **Exhibit D**.

Dated: February 17, 2023

                                                                   _/s/ Josef Nussbaum_

                                                                   Josef Nussbaum