UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

            Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

            Defendants.

No. 17-cv-00553-GHW

ORDER TO SHOW CAUSE WHY MILTON J. PIRSOS SHOULD NOT BE ORDERED TO COMPLY WITH RULE 45 SUBPOENA

Upon the memorandum of law of Plaintiff-Judgment-Creditor Pavle Zivkovic, the declaration of Josef Nussbaum and the supporting documents attached thereto, and upon the copy of the subpoena issued to Milton J. Pirsos, CPA on November 28, 2022, it is

ORDERED that Respondent Milton J. Pirsos, CPA, shall file a written response to Plaintiff-Judgment-Creditor's application for an order to show cause of no more than 5 pages by no later than March 3, 2023; Plaintiff-Judgment-Creditor shall file a reply thereto of no more than 5 pages by no later than March 8, 2023; it is further

ORDERED that Respondent Milton J. Pirsos, CPA shall show cause before the Honorable Gregory H. Woods, in Room 12C of the United States District Court for the Southern District of New York, Daniel Patrick Monynihan U.S. Courthouse at 500 Pearl Street, New York, NY, on March 13, 2023, at 4:30 p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 45(g) of the Federal Rules of Civil Procedure requiring compliance with the subpoena issued by Plaintiff-Judgment-Creditor on November 28, 2022 (Exhibit C to the Nussbaum Declaration); and it is further

ORDERED that certified mail service of a copy of this order and annexed affidavit, supporting documents, and papers upon Respondent at 3119 Newtown Ave, Astoria, NY 11102, which is Respondent's business address, on or before February 22, 2023 shall be deemed proper and sufficient service thereof. Plaintiff-Judgment-Creditor shall, in addition, effect service by electronically serving the aforementioned documents on counsel for Respondent Milton J. Pirsos, CPA.

SO ORDERED.
Dated: February 17, 2023
New York, New York

_____
Honorable Gregory H. Woods
United States District Judge