UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                        :

PAVLE ZIVKOVIC, *on behalf of himself and others*  :
*similarly situated,*                          :
                        :

                Plaintiffs,  :
                        :

           -v -           :

LAURA CHRISTY LLC, DBA VALBELLA, et al.,  :
                        :
               Defendants.  :
                        :
------------------------------------------------------------------ X

1:17-cv-553-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2023

GREGORY H. WOODS, United States District Judge:

On February 17, 2023, Plaintiffs filed a motion for order to show cause why Milton J. Pirsos, CPA, should not be ordered to comply with a Rule 45 subpoena served by Plaintiffs on Mr. Pirsos on November 28, 2022 (the "November 28 Subpoena"). Dkt. No. 349. The Court issued an order to show cause and scheduled a hearing for March 13, 2023. Dkt. No. 353. On March 6, 2023, Plaintiffs and Mr. Pirsos submitted a joint letter to the Court explaining that Mr. Pirsos has no objections of his own to the subpoena, but that 26 U.S.C. § 7216 prohibits Mr. Pirsos from disclosing certain information without a court order. Dkt. No. 360; *see also* 26 U.S.C. § 7216(b)(1)(B) (providing for disclosure of information "pursuant to an order of a court"). Plaintiffs therefore request the Court enter an order directing Mr. Pirsos to produce the documents specified in the November 28 Subpoena. Dkt. No. 360. Mr. Pirsos does not object to this request, and Defendants have not moved to quash the subpoena or otherwise taken a position with respect to Plaintiffs' application for an order to show cause.

Based on the record before the Court, and for good cause appearing, the Court ORDERS Mr. Pirsos to comply with the November 28 Subpoena within seven days of this order's entry or such other time as may be agreed between Plaintiffs and Mr. Pirsos. IT IS FURTHER ORDERED

that the hearing scheduled for March 13, 2023, is hereby adjourned *sine die*.

     SO ORDERED.

Dated:  March 7, 2023
       New York, New York

                                              GREGORY N. WOODS
                                      United States District Judge