UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023
```

----------------------------------------------------------------- X
            :

PAVLE ZIVKOVIC, *on behalf of himself and others*   :
*similarly situated*,

         :

         Plaintiffs,  :

         :

      -v -         :

         :

LAURA CHRISTY, LLC *d/b/a* Valbella, LAURA   :
CHRISTY MIDTOWN, LLC, DAVID   :
GHATANFARD, *and* GENCO LUCA,  :

         :

        Defendants.  :

         :

----------------------------------------------------------------- X

1:17-cv-553-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the May 10, 2023 conference in this case,

Defendants' motion for a new trial, Dkt. No. 327, is GRANTED IN PART AND DENIED IN

PART.  The motion for a new trial is denied with respect to the complaints regarding the sufficiency

of the evidence.  The motion for a new trial is granted, however, with respect to the claim for

discrimination against Mr. Ghatanfard.  The Court grants the motion for remittitur with respect to

the punitive damages award against Laura Christy Midtown, LLC ("Valbella Midtown").  The Court

will order a new trial with respect to that issue unless, within fourteen (14) days of this order's entry,

Plaintiffs file a written stipulation to reduce that amount to $10,000, a 1:4 ratio to the compensatory

damages awarded.  Defendants' motion to now, after judgment has been entered, dismiss the

discrimination claims on the basis that the Court lacks supplemental jurisdiction, is denied.  It is

further ordered that the parties file a joint letter within fourteen (14) days of this order's entry setting

forth how the parties propose to proceed in light of this Court's rulings on remittitur and on the discrimination claim against Mr. Ghatanfard.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 327.

SO ORDERED.

Dated:  May 10, 2023
        New York, New York

_____
GREGORY N. WOODS
United States District Judge