# NEAL S. COMER

ATTORNEY AT LAW

81 MAIN STREET
WHITE PLAINS · NEW YORK 10601

TEL: 914 683-5400 · FAX: 914 683-1279
comeresq@aol.com

<May 16, 2023

*VIA ECF*

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

      Re:   <u>Zivkovic v. Laura Christy LLC et al;</u> 17 cv 553

Dear Judge Woods:

    I represent David Ghatanfard, a defendant in the above-referenced action. Leonard I. Spielberg, Esq., is the attorney for defendant Laura Christy Midtown, LLC, who joins in this request.

    In light of Your Honor's recent decision granting a new trial to Mr. Ghatanfard on the state-law discrimination claims and remitittur relief as to Laura Christy Midtown, LLC, on the punitive damages, we respectfully request, pursuant to FRCP Rule 21, that these matters be severed from the wage and hour claims. We ask for this severance to asure that we have an appealable "final judgment". If the severance is granted, then the appeal from the remaining claims can go forward without issue as to the finality of the judgment.

Respectfully yours,

*/s/ Neal S. Comer*

Neal S. Comer