# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
PAVLE ZIVKOVIC,

                              PLAINTIFF,

-against-          Case No.:  1:22-cv-07344
                                  (GHW)



VALBELLA AT THE PARK, LLC,

                              DEFENDANT.
-------------------------------------------X


                        DATE:  February 8, 2023
                        TIME:  12:17 P.M.



         REMOTE DEPOSITION of ROSEY
KALAYJIAN, taken by the respective parties,
pursuant to a Notice and to the Federal Rules
of Civil Procedure, held via video
teleconference, before Diane Buchanan, a
Notary Public of the State of New York.
```

1          ROSEY KALAYJIAN
2     A.   Approximately -- I don't recall the
3  exact dollar amount.
4     Q.   More or less than $1 million?
5     A.   More.
6     Q.   And why is it that you just didn't
7  invest the money directly into Valbella At
8  The Park, why did you invest it in Oak Grove?
9     A.   That's the way they do it.  It's a
10 business decision.
11    Q.   I understand it was a business
12 decision, why did you make that business
13 decision?
14    A.   It's just a business decision I
15 have with my accountant.
16    Q.   Who is Oak Grove LLC accountant?
17    A.   Larry Weiner and Bruce Dailey.
18    Q.   And you hired them?
19    A.   I did.
20    Q.   Where did the money come from that
21 was invested in Oak Grove LLC?
22    A.   From my money market account.
23    Q.   Do you know if all of it came from
24 your money market account?
25    A.   Yes.

1                ROSEY KALAYJIAN
2    asked how many distributions, I don't recall
3    the number.
4         Q.   You also said you don't know how
5    much you invested now you are saying you
6    don't know how much you paid yourself back;
7    is that right?
8         A.   Right, I don't have my bookkeeping
9    with me.
10        Q.   You have your own personal record
11   of how much you invested?
12        A.   In my -- at my computer at my job,
13   I do.
14        Q.   You have a record of how much you
15   have reimbursed yourself, for yourself?
16        A.   Yes, at work.
17        Q.   Does Oak Grove LLC keep records of
18   how much it's been paid back?
19        A.   I don't know.  You have to ask my
20   accountant.
21        Q.   It says in section 3 that the Oak
22   Grove manager is entitled to a key man life
23   insurance policy, that manager is David
24   Ghatanfard.  Are you familiar with that life
25   insurance policy?

1          ROSEY KALAYJIAN

2  attorney, the answer was correct, right?

3      A.   My accountant looks at me, not me.

4      Q.   Right. Do you know if the

5  restaurant is profitable?

6      A.   I do not.

7      Q.   Again, you made over a million

8  dollars investment in the restaurant per your

9  testimony, you just don't know if that more

10  than million dollars investment has been

11  profitable; is that your testimony?

12      A.   Correct.

13      Q.   Who would know the answer whether

14  the restaurant is profitable or not?

15          MR. SEEMAN: Objection.

16      A.   My accountant.

17      Q.   You testified both of your

18  accountants work together, are they in the

19  same office?

20      A.   They are.

21      Q.   Let's continue looking at this and

22  looking at page 30 of Defendant's production.

23  There is first amendment to the operating

24  agreement of Valbella At The Park, do you see

25  that?

```
 1                ROSEY KALAYJIAN
 2    you got 90 percent of the LLC per these
 3    agreements?
 4         A.   As I stated in the beginning of
 5    this David wants to retire.  He doesn't want
 6    ownership.
 7         Q.   Are your contributions divided 90
 8    percent you and 10 percent him?
 9              MR. SEEMAN:  Objection.
10         A.   I believe so.  I don't recall.
11         Q.   What information would help you
12    recall if 90 percent of the investment was
13    yours and 10 percent was David?
14         A.   I don't know.
15         Q.   You said that the restaurant
16    Valbella is paying you back for your
17    investment, right?
18         A.   Correct.
19         Q.   If you don't know how much you
20    invested, how would you know they fully paid
21    you back for your investment?
22              MR. SEEMAN:  Objection.
23         A.   When my accountant tells me.
24         Q.   So your accountant has records how
25    much was invested by you and how much was
```

1        ROSEY KALAYJIAN
2    invested by David?
3        A.    He should, yes.
4        Q.    Do you know if he does?
5        A.    I do not know.
6              MR. SEEMAN:  Objection.
7        Q.    If we depose your accountant he
8    would be able to answer these questions if he
9    had the records?
10       A.    Possibly.
11       Q.    Is there anyone else besides the
12   accountant that would know the answer to the
13   questions?
14       A.    No, not that I'm aware of.
15       Q.    Would David know the answers to
16   these questions?
17       A.    Possibly.
18       Q.    I would like to show you page P313
19   of Exhibit 1, it's notice of period and
20   payday.
21       A.    Um-hum.
22       Q.    Just to be clear, we were talking
23   about it earlier, the V, that's the same V
24   that was used in Valbella Midtown for their
25   logo?