| DEPOSIT | |
|---|---|
| Cashbox Number 58 | Transaction Number 2054 |
| Account Number ●●●6761 | |
| Transaction Amount 1,422,793.18 | tMagic Id# 127270102242798 |
| Date/Time 10-Jan-2022 11:54 | |

BOFD RTN 021112935
1/10/2022
11:54:09
CMAIGNAN
TMID 127270102242798

1/10/2022 ItmNbr 6010060095 Dep Amt $1,422,793.18-

Back of 1/10/2022 ItmNbr 6010060095 Dep Amt $1,422,793.18-



CASHIER'S CHECK  9773719388  Date 01/03/2022
CHASE
Remitter: THE DISANTO LAW FIRM, P.C. ATTORNEY TRUST ACCOUNT IOLA
Pay To The Order Of: DAVID GHATANFARD
Pay: ONE MILLION FOUR HUNDRED TWENTY TWO THOUSAND SEVEN HUNDRED NINETY THREE DOLLARS AND 18 CENTS    $** 1,422,793.18 **
Drawer: JPMORGAN CHASE BANK, N.A.
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH



2005092441

BOFD RTN 021112935
1/10/2022
11:53:22
CMAIGNAN
TMID 127270102242798

1/10/2022 ItmNbr 6010060100 Chk #9773719388 Amt $1,422,793.18

Back of 1/10/2022 ItmNbr 6010060100 Chk #9773719388 Amt $1,422,793.18