Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF NEW YORK

3    -------------------------------------------X

4    PAVLE ZIVKOVIC,

5                          Plaintiff,

                                    Case No.:

6          v.                  1:22-cv-07344(GHW)

7    VALBELLA AT THE PARK, LLC,

8                          Defendant.

9    -------------------------------------------x

10                      Zoom Video Conference

11                      February 8, 2023

12                      11:08 a.m.

13

14

15          EXAMINATION BEFORE TRIAL of ROSEY KALAYJIAN, the

16   Plaintiff in the above-entitled action, held via Zoom Video

17   Conference taken before ELIZABETH SANTOS, a Notary Public of

18   the State of New York, pursuant to order and stipulations

19   between Counsel.

20

21

22

23

24

25

Page 2

1

2   A P P E A R A N C E S:

3   JOSEPH & KIRSCHENBAUM, LLP

4   Attorneys for Plaintiff

5   32 Broadway, Suite 601

6   New York, New York 10004

7     BY:  JOSEF NUSSBAUM, ESQ.

8

9   LAW OFFICES OF FRED SEEMAN

10  Attorneys for Defendant

11  32 Broadway, Suite 1214

12  New York, New York 10004

13    BY:  FRED SEEMAN, ESQ.

14

15

16

17

18

19

20  Also present:  Lucas Buzzard (Kirschenbaum, Sitting In)

                   Pavle Zivkovic (Plaintiff, Sitting In)

21

22

23

24

25

```
                                              Page 4
  1                      ROSEY KALAYJIAN

  2     R O S E Y   K A L A Y J I A N,

  3     having first been duly sworn by Elizabeth Santos, a Notary

  4     Public of the State of New York, was examined and testified

  5     as follows:

  6     EXAMINATION BY

  7     MR. NUSSBAUM:

  8             COURT REPORTER:  Please state your name

  9         for the record.

 10             THE WITNESS:  Rosey Kalayjian.

 11             COURT REPORTER:  What is your present

 12         address?

 13             THE WITNESS:  56 Oak Grove Road, South

 14         Hampton, private house, New York 11968.

 15         Q.   Good morning.  My name is Joseph Nussbaum

 16     and I represent Plaintiff, Zivkovic in this matter

 17     which is a case against Valbella At The Park, LLC.

 18             Do you understand that?

 19         A.   Yes.

 20         Q.   How do you pronounce your last name?

 21         A.   Kalayjian.

 22         Q.   Thank you for coming in today, Ms.

 23     Kalayjian.

 24             Have you ever testified at a

 25     deposition before?
```

```
                                                    Page 15

 1                     ROSEY KALAYJIAN

 2        A.    Yes.

 3        Q.    Where do you currently work?

 4        A.    At Valbella At The Park.

 5        Q.    How long have you worked there?

 6        A.    Since February 2022.

 7        Q.    Do you have any other jobs?

 8        A.    No.

 9        Q.    How many hours a week do you typically

10   work at Valbella At The Park?

11        A.    It varies.

12        Q.    What's the range?

13        A.    Approximately we work from 30 to 40, 50 --

14   it varies, I can't say exactly.

15        Q.    Do you have a title at the restaurant?

16        A.    I do.

17        Q.    What is it?

18        A.    Director of operations.

19        Q.    Have you always had that title?

20        A.    Since inception.

21        Q.    When is inception for Valbella At The

22   Park; when was inception?

23        A.    The day we opened the doors, March 3rd.

24        Q.    March 3, 2022, was the first day Valbella

25   At The Park was open?
```

```
                                                    Page 16
```

1                        ROSEY KALAYJIAN

2        A.    March 3rd or 4th.

3        Q.    Where did you work before Valbella At The

4    Park?

5        A.    I worked at One If By Land Restaurant.  I

6    worked at Valbella Midtown part time.  I worked in a

7    restaurant in Larchmont.  I had numerous jobs.

8        Q.    And now you only have one job?

9        A.    Correct.

10       Q.    What did you do at One If By Land?

11       A.    I was accounts payable, operations.

12       Q.    How long did you work there for?

13       A.    Five years.

14       Q.    Who hired you?

15       A.    Zef, our partner.  There's three partners.

16       Q.    When you say our partner, who's our?

17       A.    David, Zef and Vero (Phonetic.)  There's

18   three partners.  So David is my other half, my life

19   partner, his business partner, they hired me.

20       Q.    You said David, Zef and Vero hired you?

21       A.    Correct.

22       Q.    How do you spell Zef?

23       A.    Z-E-F.

24       Q.    Why did you leave One If By Land?

25       A.    To open up Valbella At The Park.

```
 1                    ROSEY KALAYJIAN
 2        Q.   When you worked there and you were doing
 3   things like accounts payable, where did you actually
 4   physically work from?
 5        A.   17 Bryant Street. (Phonetic.)
 6        Q.   Is that the restaurant's address?
 7        A.   Correct.
 8        Q.   And is there an office there?
 9        A.   Yes.
10        Q.   So you worked out of the office?
11        A.   I did.
12        Q.   And then for Valbella Midtown, what were
13   you doing there?
14        A.   I did hostessing part time.  I worked from
15   home with some marketing materials.
16        Q.   What else?
17        A.   That's about it.
18        Q.   How many hours a week were you typically
19   working at Valbella Midtown?
20        A.   It varies.  It varied.  I worked from 20,
21   30.  I don't know exactly.
22        Q.   Is that 20 to 30 typically?
23        A.   Mm-hmm.
24        Q.   When you worked for One If By Land, how
25   many hours did you typically work per week?
```

```
                                         Page 18

 1                    ROSEY KALAYJIAN

 2        A.    Twenty, 30, 40.  It varied.  I didn't have

 3   set hours.  My position doesn't have set hours.

 4        Q.    Were there times during the time that you

 5   worked at One If By Land and Valbella Midtown that

 6   you were working 60 or more hours a week?

 7        A.    At times I could.  Between the two, yes.

 8        Q.    When were you first -- withdrawn.

 9              When did you first start working at

10   Valbella Midtown?

11        A.    When Meat Packing closed.  So part time,

12   '20, '19, '2020.  I do not remember exactly when I

13   started.

14        Q.    But prior to working for Valbella Midtown,

15   you worked at Valbella Meat Packing?

16        A.    Correct.

17        Q.    When Meat Packing closed, you went to work

18   at Valbella Midtown?

19        A.    Part time.

20        Q.    Who hired you to work at --

21        A.    I don't recall the timeline.

22        Q.    Who hired you to work at Valbella Midtown?

23        A.    One of the managers.  Adrianna, I think

24   her name was.  Adrianna.  Of course, David asked if

25   I wanted to work, but it was up to me.  But Adrianna
```

1           ROSEY KALAYJIAN

2    R O S E Y   K A L A Y J I A N , called as a

3    witness, having been first duly sworn by a

4    Notary Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. NUSSBAUM:

8         Q.   Please state your name for the

9    record.

10        A.   Rosey Kalayjian.

11             MR. NUSSBAUM:  I just want to say

12        before we commence the questioning, for

13        the record, it's 12:19 now or 12:17, the

14        Plaintiff has only put in maybe roughly

15        20 minutes of questioning.  I want that

16        to be clear for the record even though

17        we did have an 11 o'clock start time, we

18        did run into technical issues with the

19        court reporter.

20        Q.   I asked you before if you lived

21    with Mr. Ghatanfard.  You lived with him,

22    correct?

23        A.   Yes.

24        Q.   Where do you live?

25        A.   I live in Southhampton.  And I live

```
                                            Page 28
 1              ROSEY KALAYJIAN
 2   in Westchester.
 3        Q.   Okay.  What is your address in
 4   Westchester?
 5        A.   1133 Warburton Avenue in Yonkers,
 6   New York.
 7        Q.   Okay.  How long have you lived
 8   there for?
 9        A.   Two years, approximately.
10        Q.   Okay.  And Mr. Ghatanfard lives at
11   both addresses, correct?
12        A.   We do, yes.
13        Q.   And I just want to make sure I
14   understand your testimony.  When did you
15   first find out that he had a judgment against
16   him?
17        A.   I don't recall the date or time.
18        Q.   Do you remember what month it was?
19        A.   I do not.
20        Q.   Was it in the last three months or
21   before that?
22        A.   I don't remember.
23        Q.   Do you know when the trial took
24   place against Valbella Meatpacking?
25        A.   Last year, I believe.
```

```
                                              Page 38
 1             ROSEY KALAYJIAN
 2      A.    It's my business.  I work there.
 3      Q.    How long has it been your business?
 4      A.    I'm sorry.
 5      Q.    How long has it been your business
 6   for?
 7      A.    Since inception.
 8      Q.    Okay.  What does the director of
 9   operations do at Valbella?
10      A.    I form the company; I handle
11   everything from insurance policies, every
12   facet of the business is in my wheelhouse.
13      Q.    Are there any facets of the
14   business that aren't in your wheelhouse?
15      A.    Some.
16      Q.    Like what?
17      A.    Kitchen.
18      Q.    What else?
19      A.    I don't remember right now.
20      Q.    How often are you in the
21   restaurant?
22      A.    Daily.
23      Q.    Seven days a week?
24      A.    Six.  Sometimes -- it varies, every
25   week varies.
```

```
                                        Page 39
 1              ROSEY KALAYJIAN
 2        Q.    Okay.  What would be the day that
 3   you take off if you were going to take a day
 4   off?
 5        A.    Sunday.
 6        Q.    Okay.  So you are familiar with
 7   everything that goes on at Valbella At The
 8   Park, correct?
 9        A.    Most.
10        Q.    You are there every day or almost
11   every day, right?
12        A.    Almost.
13        Q.    You know the staff there?
14        A.    I do.
15        Q.    Do you know everything about the
16   operations of the restaurant?
17        A.    I do.
18        Q.    Okay.  You know about hiring
19   employees at the restaurant?
20        A.    Yes.  When it comes to that, yes.
21        Q.    Do you know about terminating
22   employees at the restaurant?
23        A.    Yes.
24        Q.    All right.  You are familiar with
25   how people can get a job at Valbella At The
```

```
 1                ROSEY KALAYJIAN
 2   Park?
 3        A.   Yes.
 4        Q.   You are familiar with the website
 5   that the restaurant has?
 6        A.   Yes.
 7        Q.   You know who set up the website and
 8   who constructed it for the restaurant?
 9        A.   Yes, yes, I do.
10        Q.   What about the restaurant social
11   media, are you familiar with that as well?
12        A.   Yes.
13        Q.   And you know the person who is
14   responsible for that?
15        A.   Yes.
16        Q.   Are you familiar with the duties of
17   all employees at the restaurant?
18        A.   Yes.
19        Q.   Who is responsible for the
20   restaurant finances?
21        A.   I am.
22        Q.   Is the restaurant profitable?
23             MR. SEEMAN:  Objection.
24        A.   I don't know right now.
25        Q.   If you are the one responsible for
```

```
                                              Page 52
 1                ROSEY KALAYJIAN
 2   logos?
 3        A.   I did with my partner.
 4        Q.   Who is your partner?
 5        A.   Robert Deleo.
 6        Q.   So you chose the logos for Valbella
 7   At The Park, is that your testimony?
 8        A.   I did.
 9        Q.   Okay.  How did you choose them,
10   what was the process of choosing them with?
11        A.   My printer, I picked the font.  We
12   went back and forth with the font.
13        Q.   Okay.  Isn't it true that the V in
14   the logo you described earlier is the
15   identical logo used at Valbella at the Park?
16        A.   Yes, so.
17        Q.   The scripted Valbella that you
18   testified outside the Valbella At The Park is
19   the same scripted Valbella, the same as
20   Valbella Midtown; is that correct?
21        A.   Yes.
22        Q.   When did you first meet David
23   Ghatanfard?
24             MR. SEEMAN:  Objection.
25        A.   I don't recall the exact year.
```

```
 1              ROSEY KALAYJIAN
 2        Q.   Was it more than 15 years ago?
 3        A.   Yes.
 4        Q.   Was it more than 20 years ago?
 5        A.   Approximately 20 years.  I don't
 6   recall.
 7        Q.   Where did you first meet him?
 8             MR. SEEMAN:  Objection.
 9        A.   In Connecticut.
10        Q.   In the restaurant there in
11   Valbella?
12        A.   Greenwich Connecticut, yes.
13        Q.   In the Valbella restaurant in
14   Connecticut?
15        A.   Yes.
16        Q.   Were you a patron or were you
17   working there?
18        A.   Both.
19        Q.   What was your job there?
20        A.   I was a hostess, coat check hostess
21   part-time.
22        Q.   Okay.  Do you remember what years
23   you worked there?
24        A.   I don't recall.
25        Q.   I just want to be clear, this is
```

```
 1              ROSEY KALAYJIAN
 2   the fourth Valbella restaurant you are
 3   working at, right?
 4        A.   Four?
 5        Q.   Right.
 6        A.   Yes.
 7        Q.   All four of them have been
 8   partially owned by David Ghatanfard, correct?
 9        A.   Correct.
10        Q.   And you said you now live with
11   Mr. Ghatanfard when did you move in with him?
12        A.   I don't recall the year.
13        Q.   Was it more or less than ten years
14   ago?
15        A.   I don't recall.  I believe more.  I
16   don't recall.
17        Q.   Okay.  Would you describe yourself
18   as his girlfriend?
19        A.   More than, yes.
20             MR. SEEMAN:  Objection.
21        A.   Titles are irrelevant so.
22             MR. SEEMAN:  Objection.
23        Q.   Are you married to him?
24        A.   No.
25        Q.   Is there any specific reason why
```

```
                                              Page 57
 1               ROSEY KALAYJIAN
 2   proceeds of the sale?
 3        A.   I do not.
 4        Q.   Okay.  How much do you make as
 5   director of operations at Valbella?
 6        A.   Approximately 100,000.
 7        Q.   And you are paid weekly or
 8   otherwise?
 9        A.   Weekly.
10        Q.   Do you know why -- I'm sorry to
11   jump back.  Do you know why Mr. Ghatanfard
12   sold his house at 9 Canterberry?
13             MR. SEEMAN:  Objection.
14        A.   I do.
15        Q.   Why did he sell it?
16        A.   It was too big for us.
17        Q.   Okay.  And so after he sold it
18   where did you move to?
19        A.   We moved to our home in
20   Long Island, in Southhampton.
21        Q.   Okay.  And you also have another
22   apartment you said in Yonkers?
23        A.   We rent an apartment closer to
24   work.  Closer to the City, a couple of days a
25   week, we stay there go back and forth.
```

```
                                              Page 58
 1            ROSEY KALAYJIAN
 2       Q.   How much time would you say you
 3   spend at the house in Southhampton?
 4       A.   Four, five days.
 5       Q.   Four, five days a week?
 6       A.   It varies, yes.  It varies.
 7       Q.   What is the range?
 8       A.   It varies every week.
 9       Q.   On a typical week how many flights
10   do you sleep in the house in Southhampton?
11       A.   Three, four, it varies.
12       Q.   Okay.  And on the other nights
13   would you sleep at the apartment in Yonkers?
14       A.   If possible.
15       Q.   How do you get back and forth from
16   the Southampton house to work?
17       A.   Car.
18       Q.   How long is the drive typically?
19       A.   Hour, hour and a half,
20   approximately.  It varies.
21       Q.   Are there days that you drive in
22   from Southhampton in the morning and drive
23   back after work for the evening?
24       A.   Sometimes.
25       Q.   Is that typically what you do or
```

```
                                          Page 59

 1              ROSEY KALAYJIAN
 2    that would be unusual?
 3        A.   No, sometimes every week is
 4    different.
 5        Q.   I mean you testified earlier you
 6    were in the restaurant six or seven days a
 7    week, right?
 8        A.   I said it varies sometimes.
 9    Sometimes I can work from home.
10        Q.   How often do you work from home?
11        A.   It varies every week.
12        Q.   Who signs the lease for the
13    apartment in Yonkers?
14        A.   David and I.
15        Q.   You both signed it?
16        A.   We did.  We had to.
17        Q.   How much is the rent?
18             MR. SEEMAN:  Objection.
19        A.   I don't remember.
20        Q.   Who pays it?
21        A.   I do, but it's on, like, auto pay.
22        Q.   Okay.  And you said you don't
23    remember how much it's for?
24        A.   Not now.
25        Q.   David added you to the deed of the
```

```
                                            Page 63
 1              ROSEY KALAYJIAN
 2      A.   The lawyer called me.  I had to go
 3   to sign the papers at his office.
 4      Q.   Which lawyer?
 5      A.   I don't remember his last name.  I
 6   just remember his first name.
 7      Q.   So, did David tell you anything
 8   about adding you to the deed?
 9      A.   No, the lawyer called me.
10      Q.   Do you know how much the house is
11   worth?
12      A.   Right now, no.
13           MR. NUSSBAUM:  Objection.
14      Q.   Do you know if it's worth more or
15   less than $3 million?
16      A.   I have no idea.
17      Q.   Do you know what the lawyers first
18   name was who called you to add you to the
19   deed?
20      A.   I do.
21      Q.   What was their name?
22      A.   I just told you I did.  Michael.
23      Q.   But you don't remember his last
24   name?
25      A.   I do not.
```

```
                                        Page 64

1                ROSEY KALAYJIAN
2        Q.    Okay.  Are you concerned at all by
3    being added to the deed you are incurring
4    some sort of liability?
5        A.    No.
6        Q.    Do you know if there's a mortgage
7    on the house?
8        A.    Yes.
9        Q.    You do know?
10       A.    Yes.
11       Q.    How did you find out there's a
12   mortgage on the house?
13       A.    Because I pay into it.
14       Q.    But that doesn't answer.  How did
15   you find out about it?
16            MR. SEEMAN:  Objection.  Objection
17       withdrawn.  Go ahead and answer, please.
18       A.    Bills come to the house.  Bills
19   come to my home.
20       Q.    That's how you found out the house
21   was refinanced because of the bills that
22   come to the home?
23       A.    Yes.
24       Q.    Okay.  Wasn't there a mortgage
25   before the house was refinanced?
```

```
                                          Page 67
 1              ROSEY KALAYJIAN
 2              MR. SEEMAN:  Both the rental and
 3        the house in Southhampton or all
 4        together, Counsel?
 5              MR. NUSSBAUM:  Household expenses,
 6        they live together, who pays for their
 7        things.
 8        A.   We both do.
 9              MR. NUSSBAUM:  I will withdraw and
10        ask again.
11        Q.   Do you guys have expenses, you and
12   David?
13        A.   Of course.
14        Q.   Who pays for the expenses?
15        A.   We both do.
16        Q.   Do you guys have some sort of
17   understanding how that's divided, how does it
18   work?
19        A.   No.
20        Q.   Now you said you pay the
21   Southampton mortgage?
22        A.   I do.
23        Q.   Okay.  Outside of your earnings
24   from the Valbella At The Park, do you have
25   any savings?
```

```
                                              Page 68
 1              ROSEY KALAYJIAN
 2       A.    I do.
 3       Q.    How much do you have in savings?
 4       A.    None of your business.
 5              MR. SEEMAN:  Objection.
 6       Q.    Well, you invested in Oak Grove
 7  Road LLC, we are entitled to know where the
 8  money came from that you invested in that
 9  company so how much do you have in savings?
10       A.    I don't know how much I have in
11  savings right now.
12       Q.    More or less than $5 million?
13       A.    Less.  But not -- I would know
14  about that, no.
15       Q.    More or less than $1 million?
16       A.    I don't recall.  I don't know.
17       Q.    Other than your income from
18  Valbella At The Park, do you have any other
19  income?
20       A.    No.
21       Q.    So the mortgage, the monthly
22  mortgage on the Southampton house is more
23  than $12,000 a month, right?
24       A.    Right.
25       Q.    You don't make enough money before
```

```
                                              Page 69
 1                  ROSEY KALAYJIAN
 2   tax to pay that money, right?
 3            MR. SEEMAN:  Objection.
 4        A.   I don't know.
 5        Q.   So you testified earlier you were
 6   paying it, how are you paying it?
 7        A.   From my bank account.
 8        Q.   Okay.  From your bank account.
 9   Where do the funds in that account come from?
10        A.   From my savings.
11        Q.   So you are paying the mortgage of
12   the Southhampton house with your savings, is
13   that your testimony together?
14        A.   Combined with my paycheck.
15        Q.   Who buys the groceries in your
16   household?
17        A.   I do.
18        Q.   Okay.  What card do you use to pay
19   for them?
20        A.   My credit card.
21        Q.   What kind of credit card is that,
22   an AMEX, Visa?
23        A.   I don't know.  It varies.
24        Q.   Is that credit card shared with
25   David?
```

Page 95

```
 1              ROSEY KALAYJIAN
 2   Park LLC?
 3              MR. SEEMAN:  Objection.  Can you
 4        rephrase that.
 5        A.   Yes, I'm not following.
 6        Q.   Was all of the money that you and
 7   David invested in Oak Grove Road LLC then
 8   invested in Valbella At The Park LLC?
 9        A.   Most, most of it, yes.
10        Q.   Why only most and not all?
11        A.   We put what was needed at each
12   phase the project.
13        Q.   So does Oak Grove Road LLC have
14   money in its accounts?
15        A.   Some.
16        Q.   Where does Oak Grove LLC bank?
17        A.   Bank of America.
18        Q.   Anywhere else?
19        A.   No.
20        Q.   Who has signing authority over Oak
21   Grove Road LLC accounts?
22        A.   Only me.
23        Q.   Anyone else?
24        A.   No.
25        Q.   Now, David refinanced the
```

```
 1              ROSEY KALAYJIAN
 2   was so long ago, I honestly don't remember.
 3        Q.   Is there any reason we would not
 4   have the amendment to this agreement that you
 5   can think of?
 6        A.   No.
 7        Q.   It lists the restaurant for
 8   compensation, do you see that?
 9        A.   Um-hum, yes.
10        Q.   And it says Oak Grove manager will
11   receive additional compensation including A,
12   a salary, B, a percentage of the net profits
13   before distribution to the members and, C, a
14   key man insurance policy with the beneficiary
15   to be determined by Oak Grove manager, do you
16   see that?
17        A.   Yes.
18        Q.   Mr. Ghatanfard receives a salary?
19        A.   As stated, yes.
20        Q.   Does he receive a portion of the
21   net profits before distribution to the
22   members?
23        A.   He hasn't.
24        Q.   Why hasn't he?
25        A.   I don't know.  He hasn't.
```

1                ROSEY KALAYJIAN
2        Q.    Have there been any distributions
3    to the members?
4        A.    Yes.
5        Q.    Okay.  How many times have there
6    been distributions to the members?
7        A.    I don't recall the number of times.
8        Q.    Okay.  More or less than five?
9        A.    I don't know.
10       Q.    The restaurant has been open for 11
11   months, right?
12       A.    Yes.
13       Q.    Okay.  You don't remember within
14   the last 11 months there have been more or
15   less than five distributions to the members?
16       A.    There's been distributions, how
17   many, I don't recall.
18       Q.    There's been more than one?
19       A.    Yes.
20       Q.    When a distribution is made to Oak
21   Grove LLC is that paid into Oak Grove LLC
22   Bank of America bank account?
23       A.    Correct.
24       Q.    Has that ever been paid anywhere
25   else?

1                ROSEY KALAYJIAN

2        A.    No.

3        Q.    The money paid at distribution from

4   Valbella At The Park to Oak Grove LLC after

5   it's deposited into Oak Grove account, where

6   has the money gone?

7        A.    Reimbursed myself for my

8   investment.

9        Q.    Has David Ghatanfard been

10  reimbursed?

11       A.    No.

12       Q.    When you reimbursed yourself for

13  your investment which account are you

14  reimbursing it to?

15       A.    Oak Grove Road is reimbursing me.

16       Q.    And how does Oak Grove Road pay

17  you?

18       A.    Oak Grove Road pays me from a

19  check, with the check and I deposit it into

20  my bank account.

21       Q.    Into your Citi account, right?

22       A.    Correct.

23       Q.    You said right now you only have

24  one bank account, right?

25       A.    Yes.

1            ROSEY KALAYJIAN

2       Q.   Do you currently have any

3   investment accounts?

4       A.   I do.

5       Q.   With which company?

6       A.   Charles Schwab.  I don't recall all

7   the ones I have.

8       Q.   And the profit that comes from

9   Valbella the Oak Grove that you then deposit

10  into your Citi account, some of those

11  proceeds are used to support yours and

12  David's life, correct?

13      A.   Correct.

14      Q.   Like some of those proceeds are

15  used to pay for the mortgage, correct?

16      A.   Yes.

17      Q.   The Oak Grove house is mortgage is

18  paid from your Citi account, correct?

19      A.   Yes.

20      Q.   Do you know how much in total has

21  been distributed to the members?

22      A.   I do not.

23      Q.   You said you are paying yourself

24  back, if I heard correctly?

25      A.   Yes, and I told you earlier you

1                    ROSEY KALAYJIAN

2    asked how many distributions, I don't recall

3    the number.

4         Q.   You also said you don't know how

5    much you invested now you are saying you

6    don't know how much you paid yourself back;

7    is that right?

8         A.   Right, I don't have my bookkeeping

9    with me.

10         Q.   You have your own personal record

11    of how much you invested?

12         A.   In my -- at my computer at my job,

13    I do.

14         Q.   You have a record of how much you

15    have reimbursed yourself, for yourself?

16         A.   Yes, at work.

17         Q.   Does Oak Grove LLC keep records of

18    how much it's been paid back?

19         A.   I don't know.  You have to ask my

20    accountant.

21         Q.   It says in section 3 that the Oak

22    Grove manager is entitled to a key man life

23    insurance policy, that manager is David

24    Ghatanfard.  Are you familiar with that life

25    insurance policy?

Page 124

```
 1              ROSEY KALAYJIAN
 2      A.   He doesn't have one.
 3      Q.   Do you know if a key man life
 4  insurance policy was set up for David
 5  Ghatanfard?
 6      A.   I know we did not set one up for
 7  him.
 8      Q.   Do you know why not?
 9      A.   We just haven't, too busy.
10      Q.   I want to clarify, you said the net
11  profits before distribution have been paid to
12  the manager?
13           MR. SEEMAN:  Can you repeat that.
14      Q.   Has the Oak Grove manager received
15  a portion of the net profits?
16      A.   No.
17      Q.   So why hasn't Subsection B of 3
18  been fulfilled?
19      A.   I don't know.
20      Q.   Wouldn't that mean that the members
21  of Valbella At The Park LLC are taking a
22  distribution before the time that they are
23  supposed to be paying David Ghatanfard?
24           MR. SEEMAN:  Objection.
25      A.   I don't know.
```

```
 1              ROSEY KALAYJIAN
 2       Q.   Why are they not fulfilling this in
 3   terms of this agreement?
 4       A.   I don't know.
 5            MR. SEEMAN:   Objection.
 6       Q.   Has David Ghatanfard ever
 7   complained that Valbella is not fulfilling
 8   the term of this agreement, has he ever
 9   complained to you?
10       A.   Not to me.
11       Q.   I mean would it make sense he would
12   forgo his percentage of the net profits that
13   he's entitled to before any distribution?
14            MR. SEEMAN:   Objection.
15       A.   I don't know.
16       Q.   Are you able to make sense right
17   now sitting here today, are you able to make
18   sense of the fact he would forgo any portion
19   of the net profits that he's entitled to
20   before members of the company get paid?
21            MR. SEEMAN:   Objection.
22       A.   I do not know.
23       Q.   Do you have any explanation at all?
24       A.   I do not.
25            MR. SEEMAN:   Objection.
```

```
 1              ROSEY KALAYJIAN
 2      A.   Yes.
 3      Q.   What was the reason?
 4      A.   I was grossly underpaid.
 5      Q.   Who decided to pay you more?
 6      A.   Management.
 7      Q.   Who did you go to speak to about
 8  that?
 9      A.   I don't remember exactly who it
10  was.
11      Q.   But it wasn't David, right?
12      A.   He could have been in the
13  conversation.  I don't remember.
14      Q.   He was the owner so he did have
15  control over salary of the restaurant?
16      A.   Right.  I'm assuming he would have
17  to authorize it.  I don't remember who I
18  spoke to.
19      Q.   Looking at January 2022 page P373
20  on the bottom there's a deposit of $1.422
21  million, do you see that?
22      A.   Um-hum.
23      Q.   Do you know what that is?
24      A.   I do not remember what that is.
25      Q.   Is this a frequent occurrence for
```

1              ROSEY KALAYJIAN

2    you to deposit 1.4 million into your bank

3    account?

4         A.    No, it's not a frequent occurrence.

5         Q.    This just happened and you don't

6    know why it happened?

7         A.    I just don't remember that

8    timeline.

9         Q.    Okay.  Did you ask anyone why 1.4

10   million was deposited into your account?

11        A.    Again, it's a joint account.

12        Q.    Okay.  But did you review the

13   statement?

14        A.    I might have been.

15        Q.    Do you remember if you asked anyone

16   what this deposit was?

17        A.    I don't remember if I asked

18   anybody.

19        Q.    And then January 12 the entire sum

20   of the deposit is withdrawn, do you see that?

21        A.    Yes.

22        Q.    Do you know who withdrew it?

23        A.    I don't.  I don't remember.

24        Q.    All right.  You are not the one who

25   deposited it, right?

```
 1              ROSEY KALAYJIAN
 2      A.   I don't recall.  I don't know where
 3  I was that day.
 4      Q.   You are saying you may have been
 5  the one to deposit it?
 6      A.   I don't remember.
 7      Q.   The judge is going to review this
 8  transcript.  Is your testimony today you
 9  don't remember whether you deposited a check
10  for $1.4 million three months ago?
11      A.   It could have been David.  It could
12  have been me.  I honestly don't remember.  I
13  do a lot of banking.  I do banking for the
14  restaurant.  I do banking for my family.  It
15  could have been me.  It could have been him.
16  I don't remember.
17      Q.   You wouldn't remember if you
18  deposited a check for $1.4 million?
19           MR. SEEMAN:  Objection.
20      Q.   Withdrawn.
21           How many times in your life have
22  you deposited a check for more than a million
23  dollars?
24           MR. SEEMAN:  Objection.
25      A.   I don't remember.
```

1          ROSEY KALAYJIAN

2      Q.   You don't remember how many times

3  you deposited a check for more than a million

4  dollars?

5      A.   For me personally or for other

6  people for other people, a couple of times.

7      Q.   How many times in your life have

8  you deposited any sort of check that had a

9  dollar amount of more than a million dollars

10  on it?

11      A.   I don't recall.  I'm not -- I don't

12  look at people's deposit slips when they gave

13  them to me to make deposits, so I don't look

14  at people's numbers.

15      Q.   It's simply not believable you

16  wouldn't remember if you deposited a check

17  for $1.4 million?

18          MR. SEEMAN:  Objection.

19      A.   That's your opinion.

20      Q.   How do you expect me to believe

21  that?

22      A.   It's your opinion.

23          MR. SEEMAN:  Objection.

24      Q.   So if it wasn't you that deposited

25  it it would be David that deposited, right?

1                ROSEY KALAYJIAN

2        A.    Possibly.

3        Q.    It may have been you, you are

4   saying?

5        A.    I just said it could have been me.

6   I don't know, I make deposits for a lot of

7   people.  I go to multiple people, I do

8   banking for people, for family, for friends.

9        Q.    Okay.  Then the withdrawal of $1.4

10  million you are not the one that withdrew

11  $1.4 million from the account, right?

12       A.    I don't remember.

13       Q.    It's possible that you also were

14  the one that withdrew the 1.4 million?

15       A.    Anything is possible.  I don't

16  remember.

17       Q.    I understand you do banking for

18  people and maybe do deposits for them.  How

19  frequently in your life have you withdraw

20  more than a million dollars from a bank?

21       A.    I don't know.

22       Q.    How is it possible that you don't

23  remember if you withdraw $1.4 million or not?

24            MR. SEEMAN:  Objection.

25       Q.    You can answer.

```
 1              ROSEY KALAYJIAN
 2      A.   I don't have a great memory.
 3      Q.   So it's possible that Mr.
 4  Ghatanfard told you about the trial and you
 5  just don't remember that, right?
 6           MR. SEEMAN:  Objection.
 7      A.   I mentioned earlier.
 8      Q.   You mentioned earlier what?
 9      A.   He didn't tell me the details of
10  the trial.
11           MR. SEEMAN:  Objection.
12      A.   I knew he was going to trial.  But
13  I don't know the details.
14           MR. NUSSBAUM:  Mr. Seeman, you
15      cannot interrupt the witness in the
16      middle of the answer and say objection.
17      That is out of line.  There's no
18      question pending.  You have nothing to
19      talk about right now.  You cannot
20      interrupt the deposition.
21      A.   Why are you yelling?  Why are you
22  screaming?
23           MR. NUSSBAUM:  Because he's
24      interrupting me.  He's objecting in the
25      middle of the answer.
```