UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

        Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

        Defendants.

17-CV-00553-GHW

**[PROPOSED] JUDGMENT**

WHEREAS this action was tried to a jury and, on April 11, 2022, the jury rendered a verdict in favor of Plaintiff Pavle Zivkovic as well as in favor of the Subclasses that the Court certified on November 13, 2018 (Dkt. No. 147); and

WHEREAS on June 22, 2022, the Court entered judgment in favor of Plaintiff Zivkovic as well as in favor of the Subclasses consistent with the verdict rendered by the jury (Dkt. No. 324); and

WHEREAS by Order entered May 10, 2023, the Court granted in part the motion of Defendants for a new trial pursuant to Fed. R. Civ. P. 59 and ordered: (1) a new trial as to Plaintiff Pavle Zivkovic's individual claim of discrimination against Defendant David Ghatanfard; and (2) a new trial as to punitive damages on Plaintiff Pavle Zivkovic's individual claim of discrimination against Defendant Laura Christy Midtown LLC unless Plaintiff Zivkovic accepted a remittitur (Dkt. No. 381); and

WHEREAS the Court's May 10, 2023 Order did not affect the jury's verdict in favor of the Subclasses, either as to liability or damages; and

WHEREAS the Court has expressly determined that there is no just reason to delay entry of final judgment in favor of the Subclasses pursuant to Fed. R. Civ. P. 54(b) for the reasons set forth in its Order dated _____; and

WHEREAS, in accordance with Fed. R. Civ. P. 23(c)(3)(b), the names of the individuals to whom notice was directed, who have not requested exclusion, and who the Court finds to be class members are attached hereto as "Exhibit A" (the "Subclass Members"); and

WHEREAS the Court has calculated the total damages of judgment due to the Subclass Members based on the verdict rendered by the jury (Dkt. No. 283);

It is HEREBY, ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall enter judgment as follows:

1. Pursuant to the jury's verdict, Judgment shall be entered in favor of the Subclasses and against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally, in the amount of $4,509,868.78 which includes prejudgment interest that was calculated and assessed as of the date of the Court's original June 22, 2022 judgment (the "Class Jury Award").

2. Plaintiffs' counsel, Joseph & Kirschenbaum LLP, shall be awarded $1,503,274.56 as attorneys' fees which shall be paid out of the Class Jury Award. For the avoidance of doubt, this award of attorneys' fees does not include fees incurred after entry of the Court's original judgment on June 22, 2022.

3. In addition, lead plaintiffs Ricardo Sanchez, Fernando Marin, and Alejandra C. Rendon shall each be awarded $5,000 as service awards, in addition to the individual respective amounts they are entitled to from this Judgment. These service awards shall also be paid out of the Class Jury Award.

4.      In addition to the sum owed pursuant to Class Jury Award, the Court also awards class counsel, Joseph & Kirschenbaum LLP, $561,948.50 in attorneys' fees pursuant to the fee-shifting provisions of the New York Labor Law ("NYLL") as well as $20,200.57 in costs pursuant to that statute for a total of $582,049.07. For the avoidance of doubt, these amounts do not include fees or costs incurred after entry of the Court's original judgment on June 22, 2022.

5.      Accordingly, in aggerate, Judgment shall be entered in favor of the Subclasses and against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally, in the amount of $5,092,017.85 which includes prejudgment interest calculated and assessed as of the date of the Court's original June 22, 2022 judgment (the "Class Judgment").

6.      Pursuant to New York Labor Law § 198(4), any or all of the $5,092,017.85 Class Judgment amount which is not paid within ninety (90) days of this Judgment shall be automatically increased at the rate of 15% of the Judgment.

7.      The aforementioned Class Judgment amount shall be subject to post-judgment interest at the rate fixed pursuant to 28 U.S.C. § 1961 accruing from the date the Court's original judgment was entered on June 22, 2022 until the date the Class Judgment is fully satisfied.

8.      The Court, having determined that the Class Judgment should be immediately enforceable, hereby dissolves the automatic stay on execution and enforcement provided for in Fed. R. Civ. P. 62(a).

Dated:_____                    _____
                                           Hon. Gregory H. Woods, U.S.D.J.

# EXHIBIT A

**I. Valbella Meatpacking Subclass Members**

| Employee Name |
| --- |
| Abazi, Qerim |
| Abrau, Ronald |
| Adorno, Marcielo |
| Ajala, Malik |
| Aktas, Mehmet H. |
| Alicka, Armand |
| Alikaj, Armand |
| Alla, Albert |
| Alomar, Irina |
| Alonso, Antonio |
| Altas, Onder |
| Andrada, Marcos A. |
| Arellano, Israel |
| Arucevic, Edmir |
| Avendano, Enrique |
| Azemi, Shkelqim |
| Azevedo, Luis Filipe |
| Azuni, Klaidi |
| Bakalli, Arvit |
| Baldeon, Luis |
| Balska, Irena |
| Bancila, Gheorghe O. |
| Barbosa, Laugenice |
| Beaven, Laura |
| Besimovski, Adnan |
| Bolotbekova, Elvira |
| Borsky, Victoria |
| Bozal, Deniz |
| Brown, Danielle |
| Brown, Kaitlin G. |
| Bucinca, Rigon |
| Buczkowska, Magdalena |
| Bytyqi, Faton |
| Calfin, Christopher L. |
| Calixto, Carlos |
| Caltabiano, Mark |
| Castillo, Henrique |
| Cela, Ermir |
| Cervone, Gina Marie |
| Cesare, Jennifer |
| Ceylan, Cihan |
| Chodhury, Ruhel |

| |
|---|
| Chowdhury, Mohshin |
| Chowdhury, Ziaur |
| Chulkova, Irina |
| Cici, Keidi |
| Closs, Daniel |
| Colakel, Kemal |
| Connell, Elisha |
| Cristescu, Adrian |
| Dani, Alfred |
| Daniel, Closs |
| Das, Ratan K. |
| Deak, Tescia |
| Dezzutti, Brianne M. |
| Diaz, Andres |
| Diaz, Ray |
| DiDonato, Natalia |
| Dominguez, Joaquin |
| Dreisbach, Katherine H |
| Dressler, Jacqueline |
| Durman, Burak |
| Errico, Mario |
| Escalier, Alvaro M. |
| Esenlik, Emre |
| Fejzaj, Haki |
| Forlong, Roy A. |
| Franco, Raul A. |
| Frrokaj, Bekim |
| Frrokaj, Blerim |
| Frrokaj, Burim |
| Frrokaj, Rafi |
| Garcia, Guillermo C. |
| Garcia, Guillermo T. |
| Garcia, Maykol |
| Gashi, Shaban |
| Gatica, Samuel |
| Geckil, Ulas |
| Gifoli, Massimo |
| Goddard-Braithwaite, Tara A. |
| Gomez, Fernando |
| Guzman, Cristian |
| Hadzibrahimovic, Sani |
| Hadzibrahimovic, Verdon |
| Halilaj, Anthony |
| Haque, Athikul |

| |
|---|
| Heras, Marco G |
| Hernandez, David |
| Hernandez, Lucas |
| Herrera, Javier |
| Hopson, Simone R. |
| Hossain, Sorwer |
| Jadlovszki-Koleszar, Rosa |
| Jara, Hector |
| Kadyrova, Amina |
| Kajtazi, Armend |
| Karim, Md A. |
| Kasmi, Amer |
| Kasmi, Gent |
| Kilpatrick, Michael |
| Kish, Tiffinie |
| Klement, Andrew |
| Kochurova, Olha |
| Konca, Ulas |
| Kowzan, Emily |
| Krasniqi, Argon |
| Krasniqi, Arjanit |
| Krasniqi, Shkelqim |
| Kreshnik, Fejzaj |
| Kudra, Goran |
| Kusari, Hanor |
| Lala, Petrit |
| Lamaj, Klodian |
| Lambert, Barbara |
| Ljuljudurj, Lindon |
| Lovric, Hanna |
| Lucgjonjj, Viktor |
| Mahir, Ahmed |
| Makulova, Adel |
| Maloku, Shkoderan |
| Marin, Fernando |
| Matos, Ivana |
| McDougal, Ellie |
| Mema, Jusuf |
| Miocic, Zeljko |
| Mitri, Siljon |
| Mora, Adrienne |
| Muhaxher, Gramos |
| Muhshin, Ahmed |
| Mulaj, Buyar |
| Musaj, Tush |

| |
|---|
| Nimani, Burim |
| Nomani, Henri |
| Noreci, Olsian |
| Ochoa, Juan |
| Olate, Edwin E. |
| Oshlani, Bahri |
| Oshlani, Florije |
| Ozturk, Sercan |
| Paguay, Oscar P. |
| Paiva, Christiane |
| Panaccio, Tamara |
| Papa, Elio |
| Pashako, Ertis |
| Pashako, Florence |
| Paska, Mikel |
| Patino, Alfredo |
| Pepaj, Arijan |
| Perdedaj, Zef |
| Pereira-Morales, Juan Arnaldo |
| Pinos, Jorge |
| Pireva, Florent |
| Pllana, Leutrim |
| Portilla-Andrade, Jorge |
| Qosja, Bashkim |
| Qubreli, Genc |
| Quiros, Alejandro |
| Race, Derek |
| Raci, Agush |
| Rahman, Luthfer |
| Rahman, Mahbubur |
| Ramaj, Lirim |
| Rendon, Johan |
| Romano, John J. |
| Romero, Armando |
| Romero, Ivan |
| Rondon, Ender J. |
| Rosca, Ion |
| Rraci, Bashkim |
| Rraci, Imer |
| Ruiz, Israel R. |
| Sajid, Hassan |
| Sanchez, Higinio |
| Sanchez, Ricardo |
| Sandede, Unal |

| |
|---|
| Sanic, Hector R. |
| Scerri, Byron L. |
| Shala, Besfort |
| Shala, Sali |
| Shano, Etleva |
| Shano, Ivi |
| Shonar, Imran H |
| Shonar, Mohammed |
| Simmons, Francine B. |
| Sinsdale, Stephen |
| Titkova, Evgeniya |
| Torun, Ali |
| Ubdin, Misba |
| Uddin, MD A. |
| Uslu, Fikret |
| Uzzaman, Shamim |
| Vidas, Denis |
| Vita, Jemina |
| Xhemajli, Ekrem |
| Xhemajli, Shkelzen |
| Yilmaz, Tunch |
| Yilmaz, Unsal L. |
| Yozzo, Bricen |
| Zeidman, Nicole |
| Zherka, Agron |
| Zivkovic, Pavle |

II. **Valbella Midtown Subclass Members**

| Employee Name |
|---|
| Acevedo, Dariana |
| Agzzoum, Aly |
| Alane, Rachid |
| Altas, Onder |
| Alvarez, Ivan |
| Aslantas, Ferhat |
| Atroce, Mario |
| Avella, Vito |
| Avendano, Enrique |
| Avila, William S. |
| Ayar, Turker |
| Azcatl, Edgar |
| Azir, Uddin |

| |
|---|
| Balska, Irena |
| Bekimi, Albino |
| Berisha, Albert |
| Bolmonte, Herminio |
| Boyadjan, Yuliya |
| Bravo, Luis |
| Brown, John |
| Brown, Kaitlin G. |
| Caka, Marko |
| Calle, Luis |
| Caltabiano, Mark |
| Canales, Jose |
| Candia, Felicito |
| Casales, Juan |
| Cassavitis, Ashley |
| Castillo, Henrique |
| Cedeno, Oliver H. |
| Celmeta, Ardian |
| Centeno-Martinez, Javier |
| Chino, Noe |
| Cici, Keidi |
| Cohen, Arielle |
| Cvetrovsra, Marija |
| Dalbery, Scot |
| Dalipi, Arget |
| Darcourt, Joseph |
| Diaz, Ray |
| Dimitrova, Karmena |
| Duque, Alexander |
| Durman, Burak |
| Esenlik, Emre |
| Fabiani, Julio |
| Farlow, Troy J. |
| Fernandez, Jose A. |
| Forlong, Roy |
| Frrokaj, Bekim |
| Frrokaj, Blerim |
| Garcia, Maykol |
| Garcia, Saul |
| Gashi, Agon |
| Gashi, Dardan |
| Gaviria, Gloria |

| |
|---|
| Geckil, Ulas |
| Gifoli, Massimo |
| Gimenez, Giorgio |
| Giordano Jr., Joseph |
| Gjini, Zef |
| Goldman, Helena |
| Gomez, Sandra |
| Gonzalez, Antonio |
| Guzman, Cesar Ivan |
| Hahija, Blerim |
| Hardy, Patrick W. |
| Heras, Marco G. |
| Hernandez, David |
| Hernandez, Delia |
| Hirschhorn, Andrew |
| Hoxha, Granit |
| Islaim, Syed |
| Islam, Rasiqul |
| Jakaj, Mikel |
| Jaramillo, Selso W. |
| Jara, Hector |
| Jones, Natalie |
| Juka, Herald |
| Kasmi, Gent |
| Kasumi, Rijad |
| Kelly, Caitlin |
| Knezevic, Vojislav |
| Kraja, Eren |
| Krasniqi, Besnik |
| Krasniqi, Blerim |
| Leca, Catalina |
| Lee, Brian J. |
| Lopez, Rosendo |
| Lovric, Hanna |
| Lukacevic, Andrijana |
| Macar, Andelko |
| Martinovic, Kire J. |
| Maldonado, Jose Luis |
| Malfetano, Ryan J. |
| Marku, Freddy |
| Mashi, Mario |
| Mavraj, Ermal |
| Mema, Jusef |
| Mercado, Tiffany B. |
| Mercedes, Armando |

| |
|---|
| Miah, Moynul |
| Michos, Diana |
| Moctesuma, Rafael |
| Molina, Windsor |
| Mucollari, Hysen |
| Muniz, Antonio |
| Nikcevic, Ivana |
| Nino, Daniel |
| Nistor, Ionel |
| Onofre, Antonio De Jesus |
| Orozco, Andres Felipe |
| Ortiz, Juan M. |
| Ozturk, Sercan |
| Paguay, Manuel F. |
| Paguay, Oscar |
| Pashako, Ertis |
| Pashako, Florence |
| Pashako, Stephany A. |
| Pelico-Perez, Urbano B. |
| Pereira, Juan |
| Perolli, Drilon |
| Petkovic, Bojan |
| Pllana, Florim |
| Poppsoba, Emiliya |
| Pusic, Nenad |
| Qoshja, Liburn |
| Queiroz, Louiz |
| Quiros, Alejandro |
| Quizhri, Wilson |
| Race, Derek |
| Radoncic, Jenuz |
| Rakaj, Ervis |
| Rakos, Robert |
| Ramirez, Jesus |
| Ramos, Rogelio |
| Rendon, Alejandra C. |
| Rivera, Jaime |
| Rodpothong, Kanda |
| Rojas, Juan Carlos |
| Romano, Roberto |
| Romero, Armando |
| Romero, Ivan |
| Rosa, Paola |
| Rraci, Bashkim |

| |
|---|
| Rucda, Antonio |
| Ruiz, Alex |
| Ryan, Quinn |
| Sajid, Hassan |
| Salgado, Juan |
| Sanchez, Christian |
| Sanchez, Johnathan |
| Sanchez, Ricardo |
| Sani, Bruno |
| Sarmiento, Jose |
| Sebbag, Yonni |
| Secolo, Angelo |
| Seferi, Milaim |
| Shannen, Timothy G. |
| Shokdra, Arben |
| Siguencia, Marco |
| Silva, Mauricio |
| Simaku, Endri |
| Simone, Kirstein |
| Simonetti, Cristiano |
| Slamna, Daniel |
| Smith, Brittany N. |
| Sornoza, Joshua |
| Tacuri, Vicente |
| Tononi, Fabio |
| Topal, Ismail |
| Uslu, Fikret |
| Uzzaman, Shamim |
| Valenca, Lais |
| Vasquez, Marco |
| Vazquez, Ricardo |
| Velasco, Erick |
| Veseli, Valmir |
| Wdowiak, Magdalena |
| Yilmaz, Tunch |
| Ymeri, Aridon |
| Yuce, Murat |
| Yungberg, Sofia |
| Zivkovic, Pavle |