# Exhibit 2

## *Account Agreement*

Date: _06/28/2011_

| Institution Name & Address | Internal Use |
|---|---|

**Institution Name & Address**

PATRIOT NATIONAL BANK
GREENWICH OFFICE
100 MASON ST
GREENWICH, CT 06830

**Account Title & Address**

DAVOUD GHATANFARD
ROSEY KALAYJIAN
9 N CANTERBURY RD
HARRISON, NY 10528
REDACTED 6761

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.

- ☐ Individual
- ☒ Joint with Survivorship (not as tenants in common)
- ☐ Joint with No Survivorship (as tenants in common)
- ☐ Trust-Separate Agreement Dated: _____
- ☐

- ☐ Corporation - For Profit
- ☐ Corporation - Nonprofit
- ☐ Partnership
- ☐ Sole Proprietorship
- ☐ Limited Liability Company

**Owner/Signer Information 1**

| | |
|---|---|
| Name | DAVOUD GHATANFARD |
| Relationship | Joint Ownership |
| Address | 9 N CANTERBURY RD HARRISON, NY 10528 |
| Mailing Address (if different) | |
| Home Phone | REDACTED |
| Work Phone | |
| Mobile Phone | |
| E-Mail | NONE |
| Birth Date | 12/12/1950 |
| SSN/TIN | REDACTED 0034 |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | Driver's License REDACTED 800 NY 11/09/2009 12/12/2017 |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Beneficiary Designation**

*(Check appropriate ownership above.)*
- ☐ Revocable Trust

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____.

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☐ Terms and Conditions
- ☐ Electronic Fund Transfers
- ☐ Substitute Checks
- ☐ Common Features

- ☐ Privacy
- ☐ Truth in Savings
- ☐ Funds Availability

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

**Owner/Signer Information 2**

| | |
|---|---|
| Name | ROSEY KALAYJIAN |
| Relationship | Joint Ownership |
| Address | 9 N CANTERBURY RD HARRISON, NY 10528 |
| Mailing Address (if different) | |
| Home Phone | REDACTED |
| Work Phone | |
| Mobile Phone | |
| E-Mail | none |
| Birth Date | 10/07/1971 |
| SSN/TIN | REDACTED 8662 |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | Driver's License REDACTED 031 NY 09/24/2009 10/07/2017 |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [x
   DAVOUD GHATANFARD   Joint Ownership                    ]

2 [x
   ROSEY KALAYJIAN   Joint Ownership                      ]

3 [x *Rosey Kalayjian*   4 [x                             ]

Signature Card-CT
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CT 5/2/2007

Initials: _____   Page 1 of 2