LAW OFFICES OF
# FRED L. SEEMAN
32 BROADWAY, SUITE 1214
NEW YORK, NEW YORK 10004

FRED L. SEEMAN, ESQ.
FRED@SEEMANLAW.COM
PETER M. KIRWIN, ESQ.
PETER@SEEMANLAW.COM

ALEX TAVAREZ, OFFICE MANAGER

TEL: (212) 608-5000
FAX: (212) 385-8161
WWW.SEEMANLAW.COM

July 7, 2023

**Via ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**  *Zivkovic v. Laura Christy LLC et. al.*
    **Case No.:** 17-cv-00553
    **Our File:** F11300

Dear Judge Woods:

  Our firm represents non-party, Rosey Kalayjian, in the above-referenced matter. On June 29, 2023, Plaintiff filed a Motion for a Temporary Restraining Order against Ms. Kalayjian. Pursuant to the Court's Order dated July 5, 2023, Ms. Kalayjian must file and serve papers in opposition to said motion on or before July 12, 2023.

  We are writing to the Court to respectfully request a two (2) week extension, until July 25, 2023, for Ms. Kalayjian to respond to Plaintiff's pending motion. We have requested such an extension from Plaintiff's counsel and said request was denied.

  Plaintiff will not be prejudiced by the brief extension inasmuch as the temporary restraining order contained in Your Honor's July 5, 2023 Order will remain in place. This is Ms. Kalayjian's first request for such relief.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Fred L. Seeman*
            The Law Offices of Fred L. Seeman
            By: Fred L. Seeman, Esq.
            32 Broadway, Suite 1214
            New York, New York 10004
            Tel: (212) 608-5000

cc: All Counsel via electronic filing