```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
PAVLE ZIVKOVIC, *on behalf of himself and others*                    :
*similarly situated*,                                                :
                                                                     :      1:17-cv-553-GHW
                                            Plaintiff,               :
                                                                     :               ORDER
                  -v -                                               :
                                                                     :
LAURA CHRISTY LLC, et al.,                                           :
                                                                     :
                                            Defendants.              :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 5, 2023, the Court issued an *ex parte* temporary restraining order (the "TRO") under seal and ordered that all papers submitted in support of the TRO would remain under seal until July 19, 2023, unless an application to extend the seal was filed at least two business days prior to that date. Documents on ECF that are currently sealed include Dkt. Nos. 419, 420, and 434. No party has requested to extend the sealing order. Accordingly, the TRO and all related filings are unsealed. The Clerk of Court is directed to change the viewing levels of Dkt. Nos. 419, 420, and 434 to "public."

SO ORDERED.

Dated: July 19, 2023
       New York, New York                                    _____
                                                                    GREGORY H. WOODS
                                                                 United States District Judge