```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PAVLE ZIVKOVIC, *on behalf of himself and others similarly situated*,

                        Plaintiff,

-v -

LAURA CHRISTY LLC, *et al.*,

                        Defendants.

-----------------------------------------------------------------X

1:17-cv-553-GHW

*EX PARTE* ORDER

GREGORY H. WOODS, United States District Judge:

On June 29, 2023, Plaintiff submitted an *ex parte* motion for temporary restraining order, Dkt. No. 420, and a related motion for an order of attachment against the assets and property transferred from judgment debtor David Ghatanfard to non-party Rosey Kalayjian, Dkt. No. 420-33. Plaintiff's motion for an order of attachment appears to be based on an anticipated claim against Ms. Kalayjian under NYDCL § 273. The Court's subject-matter jurisdiction to entertain such a claim by the New York plaintiffs against Ms. Kalayjian, who appears to reside in New York, is not clear. Accordingly, the Court requests that Plaintiff provide supplemental briefing on why this Court would have jurisdiction over a claim against Ms. Kalayjian under NYDCL § 273 no later than July 7, 2023.

    SO ORDERED.

Dated: June 30, 2023
       New York, New York

                                                                GREGORY H. WOODS
                                                             United States District Judge