# EXHIBIT G

# BANK OF AMERICA

**Business Signature Card with Substitute Form W-9**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** REDACTED 2824

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** OAK GROVE ROAD LLC

### Legal Designation

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) S

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

**Employer Identification Number** REDACTED 2957   (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts **I/we** may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and **I/we** are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we** want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| DAVID GHATANFARD | Member | [signed] | 3-1-21 |
| ROSEY KALAYJIAN | Member | Rosey Kalayjian | 3-1-21 |
| | | | |
| | | | |

00-14-9297M 11-2018
NNY
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Jessica Llerena
Financial Center: ONE BRYANT PARK

Bank Number: 487
Date: 03/01/2021


Date: 3/5/2021 Time: 9:31:53 AM (US Central Time) Scanned From IP:10.60.220.16