# EXHIBIT J

# BANK OF AMERICA ⇗

**Personal Signature Card with Substitute Form W-9**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** REDACTED 4007

**Account Type:** [X] Checking　　　[ ] Savings　　　[ ] Certificate of Deposit

**Account Title:** DAVID GHATANFARD

---

| Ownership Type | |
|---|---|
| [X] | Individual Owner |
| [ ] | Fiduciary (For Example: Trust, UTMA, Rep Payee, Custodian, Guardian, Estate) |

Types of Joint Accounts

| | |
|---|---|
| [ ] | Joint with Rights of Survivorship |
| [ ] | Tenants by the Entirety – Only applicable if recognized by state law for bank accounts. |

Joint Account for ME, TX and NC only (as defined by ME (18-A MRSA §6-101 et seq.)TX (V.T.C.A., Estates Code §113.151), NC (N.C.G.S. § 53-C-6-6)). During the lifetime of the account co-owners, the Bank may pay the money in the account to, or on the order of, any person named on the account. All co-owners must agree to one of the following two choices, and sign below to confirm:

| | |
|---|---|
| [ ] | With survivorship - means upon the death of one joint owner, the money remaining in the account will belong to the surviving joint owner(s), and will not be inherited by the heirs of the deceased joint owner controlled by the deceased owner's will. |
| [ ] | Without survivorship - means if one of the owners dies, the deceased owner's ownership interest in the account passes as part of the owner's estate under the owner's will or by intestacy if there is no will. |

[ ] Check if designating beneficiaries: Payable on Death (POD) / In Trust For (ITF) / Totten Trust and TX and NC only Beneficiary Disclosure Acknowledgement (Refer to Beneficiary Addendum for details).

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts **I/we** may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Personal Schedule of Fees and **I/we** are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for jury trial waiver or reference to a judicial referee.
- A joint account with right of survivorship is the property of each co-owner and payable to either co-owner or to the surviving co-owner(s) if a co-owner dies.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we** want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if ALL owners of this account are a non U.S. person (NRA) for U.S. tax purposes. Have them complete/sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax ID Number (SSN, EIN or ITIN) | Report Interest | Printed Name or Fiduciary Title | Sign Next to Name or Fiduciary Title (Line 1) Sign Next to all other Printed Names | Date |
|---|---|---|---|---|
| REDACTED 9034 | [X] | DAVID GHATANFARD | _(signature)_ | 08 / 02 / 2022 |
| | [ ] | | | |
| | [ ] | | | |
| | [ ] | | | |

00-14-9295M 11-2018
NNY
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Sojib Jillani
Financial Center: ONE BRYANT PARK

Bank Number: 487
Date: 08/01/2022