# EXHIBIT L

1093



**LAURA CHRISTY MIDTOWN, LLC**
DBA VALBELLA MIDTOWN
11 EAST 53rd STREET
NEW YORK, NY 10022

PNC BANK
PNC Bank, N.A.
New Jersey 060
55-760/312

2/15/2021

PAY TO THE ORDER OF: David Ghatanfard

$ **100,000.00

One Hundred Thousand and 00/100************************************************************************** DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑂001093⑂ REDACTED : REDACTED

BOFD RTN 021112935
2/16/2021
14:33:07
AWELFARE
TMID 127270472152384

ENDORSE HERE
DEPOST ONLY #
CHECK HERE FOR MOBILE
NAME OF FINANCIAL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
DATE
REDACTED
6761
OSIT ONLY

```
202301234400029000492
IMAMGR S2
20210217 Arch 000000000083296897
000000000010000000 000000001093 D
000000008133246799
```

Ryan Freedman



```
20230123440002900000578
IMAMGR S2
20210422 Arch  000000000085062297
000000000020000000 000000001177 D
000000008133246799
```

Ryan Freedman



```
202301234400029000613
IMAMGR S2
20210517 Arch  000000000085769619
000000000020000000 000000001221 D
000000008133246799
```

Ryan Freedman





```
20230123440002900000688
IMAMGR S2
20210707 Arch 000000000084394216
000000000020000000 000000001296 D
000000008133246799
```

Ryan Freedman

P000499



```
20230123440002900000714
IMAMGR S2
20210726 Arch 000000000085607602
000000000020000000 000000001327 D
000000008133246799
```

Ryan Freedman



```
202301234400029000803
IMAMGR S2
20210929 Arch  000000000086450691
000000000020000000 000000001409 D
000000008133246799
```

Ryan Freedman