# EXHIBIT N

| Capture Sequence: | 287502362000080 | Item Amount: | $16,667.00 | Serial Number: | 000140 |

Check image:
- LEONARD SPIELBERG ESQ
- ATTORNEY TRUST IOLA
- Check #0140
- Date: July 19, 2022
- Pay to the order of: Abrams Fensterman
- $16,667.00
- Sixteen Thousand Six Hundred Sixty Seven and 00/100 Dollars
- CHASE
- For: Ghatanfard Returns
- Signed: Leonard Spielberg
- REDACTED REDACTED

Back of check:
- 7/26/2022
- RDC Deposit ConnectOne Bank 021213941
- 287502362000080