# EXHIBIT O

201330003543
File No. 916287

APPRAISAL OF



LOCATED AT:

56 Oak Grove Rd.
Southampton, NY  11968

FOR:

Finance of America Mortgage LLC
1 West Elm Street, 1st Floor
Conshohocken, PA, 19428

BORROWER:

David Ghatanfard

AS OF:

December 4, 2021

BY:

Anthony V. Zanello

201330003543
File No. 916287

12/04/2021

Nationwide Property and Appraisal Services

Finance of America Mortgage LLC
1 West Elm Street, 1st Floor
Conshohocken, PA, 19428

File Number:    916287

In accordance with your request, I have appraised the real property at:

56 Oak Grove Rd.
Southampton, NY  11968

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of    December 4, 2021                    is :

$3,700,000
Three Million Seven Hundred Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Anthony V. Zanello