# EXHIBIT 1

1
2  IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------------X
4  PAVLE ZIVKOVIC,
5                    Plaintiff,
                                  Case No.:
6        v.                       1:22-cv-07344(GHW)
7  VALBELLA AT THE PARK, LLC,
8                    Defendant.
9  ------------------------------------------x
10                   Zoom Video Conference
11                   February 8, 2023
12                   11:08 a.m.
13
14
15        EXAMINATION BEFORE TRIAL of ROSEY KALAYJIAN, the
16   Plaintiff in the above-entitled action, held via Zoom Video
17   Conference taken before ELIZABETH SANTOS, a Notary Public of
18   the State of New York, pursuant to order and stipulations
19   between Counsel.
20
21
22
23
24
25

```
 1
 2   A P P E A R A N C E S:
 3   JOSEPH & KIRSCHENBAUM, LLP
 4   Attorneys for Plaintiff
 5   32 Broadway, Suite 601
 6   New York, New York 10004
 7      BY:   JOSEF NUSSBAUM, ESQ.
 8
 9   LAW OFFICES OF FRED SEEMAN
10   Attorneys for Defendant
11   32 Broadway, Suite 1214
12   New York, New York 10004
13      BY:   FRED SEEMAN, ESQ.
14
15
16
17
18
19
20   Also present:   Lucas Buzzard (Kirschenbaum, Sitting In)
                     Pavle Zivkovic (Plaintiff, Sitting In)
21
22
23
24
25
```


Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

```
                                              Page 119
 1             ROSEY KALAYJIAN
 2   was so long ago, I honestly don't remember.
 3        Q.   Is there any reason we would not
 4   have the amendment to this agreement that you
 5   can think of?
 6        A.   No.
 7        Q.   It lists the restaurant for
 8   compensation, do you see that?
 9        A.   Um-hum, yes.
10        Q.   And it says Oak Grove manager will
11   receive additional compensation including A,
12   a salary, B, a percentage of the net profits
13   before distribution to the members and, C, a
14   key man insurance policy with the beneficiary
15   to be determined by Oak Grove manager, do you
16   see that?
17        A.   Yes.
18        Q.   Mr. Ghatanfard receives a salary?
19        A.   As stated, yes.
20        Q.   Does he receive a portion of the
21   net profits before distribution to the
22   members?
23        A.   He hasn't.
24        Q.   Why hasn't he?
25        A.   I don't know.  He hasn't.
```

1                ROSEY KALAYJIAN
2        Q.    Have there been any distributions
3    to the members?
4        A.    Yes.
5        Q.    Okay.  How many times have there
6    been distributions to the members?
7        A.    I don't recall the number of times.
8        Q.    Okay.  More or less than five?
9        A.    I don't know.
10       Q.    The restaurant has been open for 11
11   months, right?
12       A.    Yes.
13       Q.    Okay.  You don't remember within
14   the last 11 months there have been more or
15   less than five distributions to the members?
16       A.    There's been distributions, how
17   many, I don't recall.
18       Q.    There's been more than one?
19       A.    Yes.
20       Q.    When a distribution is made to Oak
21   Grove LLC is that paid into Oak Grove LLC
22   Bank of America bank account?
23       A.    Correct.
24       Q.    Has that ever been paid anywhere
25   else?

1          ROSEY KALAYJIAN
2     A.   No.
3     Q.   The money paid at distribution from
4  Valbella At The Park to Oak Grove LLC after
5  it's deposited into Oak Grove account, where
6  has the money gone?
7     A.   Reimbursed myself for my
8  investment.
9     Q.   Has David Ghatanfard been
10 reimbursed?
11    A.   No.
12    Q.   When you reimbursed yourself for
13 your investment which account are you
14 reimbursing it to?
15    A.   Oak Grove Road is reimbursing me.
16    Q.   And how does Oak Grove Road pay
17 you?
18    A.   Oak Grove Road pays me from a
19 check, with the check and I deposit it into
20 my bank account.
21    Q.   Into your Citi account, right?
22    A.   Correct.
23    Q.   You said right now you only have
24 one bank account, right?
25    A.   Yes.

```
                                    Page 122
 1              ROSEY KALAYJIAN
 2       Q.    Do you currently have any
 3   investment accounts?
 4       A.    I do.
 5       Q.    With which company?
 6       A.    Charles Schwab.  I don't recall all
 7   the ones I have.
 8       Q.    And the profit that comes from
 9   Valbella the Oak Grove that you then deposit
10   into your Citi account, some of those
11   proceeds are used to support yours and
12   David's life, correct?
13       A.    Correct.
14       Q.    Like some of those proceeds are
15   used to pay for the mortgage, correct?
16       A.    Yes.
17       Q.    The Oak Grove house is mortgage is
18   paid from your Citi account, correct?
19       A.    Yes.
20       Q.    Do you know how much in total has
21   been distributed to the members?
22       A.    I do not.
23       Q.    You said you are paying yourself
24   back, if I heard correctly?
25       A.    Yes, and I told you earlier you
```

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

```
 1                ROSEY KALAYJIAN
 2   asked how many distributions, I don't recall
 3   the number.
 4        Q.   You also said you don't know how
 5   much you invested now you are saying you
 6   don't know how much you paid yourself back;
 7   is that right?
 8        A.   Right, I don't have my bookkeeping
 9   with me.
10        Q.   You have your own personal record
11   of how much you invested?
12        A.   In my -- at my computer at my job,
13   I do.
14        Q.   You have a record of how much you
15   have reimbursed yourself, for yourself?
16        A.   Yes, at work.
17        Q.   Does Oak Grove LLC keep records of
18   how much it's been paid back?
19        A.   I don't know.  You have to ask my
20   accountant.
21        Q.   It says in section 3 that the Oak
22   Grove manager is entitled to a key man life
23   insurance policy, that manager is David
24   Ghatanfard.  Are you familiar with that life
25   insurance policy?
```

1          ROSEY KALAYJIAN
2     A.   He doesn't have one.
3     Q.   Do you know if a key man life
4  insurance policy was set up for David
5  Ghatanfard?
6     A.   I know we did not set one up for
7  him.
8     Q.   Do you know why not?
9     A.   We just haven't, too busy.
10    Q.   I want to clarify, you said the net
11 profits before distribution have been paid to
12 the manager?
13         MR. SEEMAN:  Can you repeat that.
14    Q.   Has the Oak Grove manager received
15 a portion of the net profits?
16    A.   No.
17    Q.   So why hasn't Subsection B of 3
18 been fulfilled?
19    A.   I don't know.
20    Q.   Wouldn't that mean that the members
21 of Valbella At The Park LLC are taking a
22 distribution before the time that they are
23 supposed to be paying David Ghatanfard?
24         MR. SEEMAN:  Objection.
25    A.   I don't know.

```
 1              ROSEY KALAYJIAN
 2      Q.   Why are they not fulfilling this in
 3   terms of this agreement?
 4      A.   I don't know.
 5           MR. SEEMAN:  Objection.
 6      Q.   Has David Ghatanfard ever
 7   complained that Valbella is not fulfilling
 8   the term of this agreement, has he ever
 9   complained to you?
10      A.   Not to me.
11      Q.   I mean would it make sense he would
12   forgo his percentage of the net profits that
13   he's entitled to before any distribution?
14           MR. SEEMAN:  Objection.
15      A.   I don't know.
16      Q.   Are you able to make sense right
17   now sitting here today, are you able to make
18   sense of the fact he would forgo any portion
19   of the net profits that he's entitled to
20   before members of the company get paid?
21           MR. SEEMAN:  Objection.
22      A.   I do not know.
23      Q.   Do you have any explanation at all?
24      A.   I do not.
25           MR. SEEMAN:  Objection.
```