UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIKOVIC, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, AND GENCO LUCA,<br><br>Defendant. | Case No.: 17-CV-00553-GHW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael S. Gordon of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111, hereby appears on behalf of non-parties Oak Grove Road, LLC and Valbella At The Park, LLC in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: August 22, 2023
         New York, New York

**BAKER & HOSTETLER LLP**

/ s /   *Michael S. Gordon*

Michael S. Gordon
45 Rockefeller Plaza
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: mshifrin@bakerlaw.com

*Attorneys for Non-Parties Rosey Kalayjian, Oak Grove Road, LLC and Valbella At The Park, LLC*