# Exhibit 2

Page 1

```
 1
 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ---------------------------------------------X
 4    PAVLE ZIVKOVIC,
 5                        Plaintiff,
 6             v.
 7    VALBELLA AT THE PARK, LLC,
 8                        Defendant.
 9    ---------------------------------------------x
10
11                    Zoom Video Conference
12                    February 8, 2023
13                    10:06 a.m.
14
15         EXAMINATION BEFORE TRIAL of ROBERT DALEO, the
16    Defendant in the above-entitled action, held via Zoom Video
17    Conference taken before ELIZABETH SANTOS, a Notary Public of
18    the State of New York, pursuant to order and stipulations
19    between Counsel.
20
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3   JOSEPH & KIRSCHENBAUM, LLP
 4   Attorneys for Plaintiff
 5   32 Broadway, Suite 601
 6   New York, New York 10004
 7     BY:   JOSEF NUSSBAUM, ESQ.
 8
 9   LAW OFFICES OF FRED SEEMAN
10   Attorneys for Defendant
11   32 Broadway, Suite 1214
12   New York, New York 10004
13     BY:   FRED SEEMAN, ESQ.
14
15
16
17
18
19
20   Also present:   Lucas Buzzard (Kirschenbaum, Sitting In)
                     Pavle Zivkovic (Plaintiff, Sitting In)
21
22
23
24
25
```

S T I P U L A T I O N S

  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the parties hereto through their respective counsel that all objections as to the form of the question shall be reserved to the time of trial;

IT IS FURTHER STIPULATED BY AND BETWEEN the parties hereto through their respective counsel that sealing, certification and filing shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed and sworn to before any Notary Public with the same force and effect as if signed and sworn to before this Court.

Page 4

1    ROBERT DALEO
2    R O B E R T   D A L E O,
3    having first been duly sworn by Elizabeth Santos, a Notary
4    Public of the State of New York, was examined and testified
5    as follows:
6    EXAMINATION BY
7    MR. NUSSBAUM:
8           COURT REPORTER:  Please state your name
9       for the record.
10          THE WITNESS:  Robert D. Daleo.
11          COURT REPORTER:  What is your present
12      address?
13          THE WITNESS:  19 Pike Street, Alpine, New
14      Jersey, 07620.
15      Q.   Good morning.  My name is Josef Nussbaum
16   and I represent Pavle Zivkovic in a case against
17   Valbella at the Park.
18           Do you understand that?
19      A.   I do.
20      Q.   I'm going to be asking you a number of
21   questions today.  Just before we get into the
22   substance of the questions, I'd like to go over some
23   ground rules for today's deposition.
24           Okay?
25      A.   Right.

```
                                                        Page 9
 1                       ROBERT DALEO
 2        Q.    You didn't talk to Rosey about today's
 3   deposition?
 4        A.    I did not.  I did not.
 5        Q.    You did not talk to David Ghatanfard about
 6   today's deposition?
 7        A.    I did not.  I did not.
 8        Q.    Can you tell me what your relationship
 9   with David Ghatanfard is?
10        A.    I have known David Ghatanfard for 25
11   years.  We're very close personal friends.
12        Q.    How did you first meet him?
13        A.    I met him in the restaurant business.
14   Valbella in Connecticut.
15        Q.    You remember Valbella in Connecticut.  And
16   you said you've been good friends ever since you
17   met?
18        A.    We have, yes.
19        Q.    And you're in business with him now;
20   right?
21        A.    No, I'm really in business with Rosey, he
22   is helping.
23        Q.    Is it your testimony today that he doesn't
24   own any part of Valbella?
25        A.    He owns five percent of Valbella at the
```

| | |
|---|---|
| 1 | ROBERT DALEO |
| 2 | A. I don't know what percentage each of them |
| 3 | owned in Oak Grove. |
| 4 | Q. Who chose the name of the restaurant? |
| 5 | A. I did. |
| 6 | Q. How did you choose the name? |
| 7 | A. I liked it. |
| 8 | Q. First time you ever heard of it or when |
| 9 | did you first hear of it? |
| 10 | A. I think I did experience it in Valbella |
| 11 | during my business career. I liked the name, and I |
| 12 | picked Valbella at the Park. |
| 13 | Q. And david Ghatanfard owned the restaurant |
| 14 | called Valbella in Connecticut; right? |
| 15 | MR. SEEMAN: Objection. |
| 16 | A. To my knowledge, yes. |
| 17 | Q. You dined at that restaurant; right? |
| 18 | A. Yes. |
| 19 | Q. David Ghatanfard owned the restaurant |
| 20 | called Valbella in the meat packing business in |
| 21 | Manhattan; correct? |
| 22 | MR. SEEMAN: Objection. |
| 23 | A. Yes. |
| 24 | Q. And you dined at that restaurant as well? |
| 25 | A. Yes. |

Page 58

1                    ROBERT DALEO
2        Q.   You haven't testify as to one thing that
3    you do at the restaurant.
4                 What do you do at the restaurant?
5        A.   I negotiate the lease agreement.  I
6    consult with them on major investments.  And I'm a
7    partner in that regard.  I don't run the business.
8    I invest in a lot of businesses that I don't run.
9        Q.   What do you consider to be a major
10   investment?
11       A.   I have a large portfolio, and that's not
12   for discussion here.
13       Q.   Mr. Daleo, you're not understanding me.  A
14   moment ago you said you consult with them on major
15   investments, so my question is, what do you consider
16   to be a major investment?
17       A.   I would say anything that you spend more
18   than $100,000 on.
19       Q.   What does the restaurant spend more than
20   $100,000 on other than the lease?
21       A.   Not a lot of stuff.  We did some
22   renovations.
23       Q.   Other than the lease and renovations do
24   you spend more than $100,000 on anything else?
25       A.   No.