# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard

**MEMORANDUM ENDORSED**

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

August 31, 2023

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Zivkovic v. Laura Christy LLC, et al*,
                No.: 17 CV 553 (GHW)(GWG)

Dear Judge Woods,

      We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 Subclasses ("Plaintiffs") in the above-referenced matter. We write to respectfully request that the Court reschedule the October 13, 2023 hearing on Plaintiffs' motion for an attachment on Rosey Kalayjian to the following week on any of October 16, 17, 18 or 19. This is Plaintiffs' first request for an adjournment. We conferred with counsel for Ms. Kalayjian and they consent to this request. They also consent to the continuation of the temporary restraining order on Ms. Kalayjian through the briefing and resolution of Plaintiffs' attachment motion. Finally, counsel for Ms. Kalayjian have also indicated that they are available to reschedule the hearing on any of the aforementioned proposed dates.

      We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   /s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc:   All Counsel of Record (via ECF)

Application granted. The hearing on Plaintiffs' motion for an order of attachment scheduled for October 13, 2023, is adjourned to October 18, 2023, at 2:00 p.m. The temporary restraining order previously entered by the Court shall remain in effect through that date.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 473.

SO ORDERED.
Dated: September 1, 2023
New York, New York

GREGORY H. WOODS
United States District Judge