**Leonard Spielberg**
**Harold Salant Strassfield & Rotbard**
81 Main Street
White Plains, NY 10601
(914) 625-6775

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

                              Plaintiffs,

- against -

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENO LUCA,

                              Defendants.

No. 17-cv-553-GHW

**ORDER TO SHOW CAUSE FOR EMERGENCY STAY OF JUDGMENT ENFORCEMENT PROCEEDINGS**

---

Upon the emergency application of defendants Laura Christy LLC d/b/a Valbella, Laura Christy Midtown LLC, and David Ghatanfard (collectively, "Movants") for an immediate stay pending appeal of all enforcement proceedings commenced by class plaintiffs ("Class Plaintiffs") in connection with the partial judgment entered by the Court in the above-captioned action on July 4, 2023 ("Partial Judgment"), and upon the accompanying memorandum of law and supporting declarations of: (i) David Ghatanfard, dated August 31, 2023; and Leonard Spielberg, Esq., dated August 31, 2023, together with accompanying exhibits (collectively, the "Declarations"), it is

ORDERED that Class Plaintiffs shall file a written response to Movants' application for an order to show cause of no more than 25 pages by no later than September 15, 2023; Movants' reply, if any, shall consist of no more than 10 pages and must be filed by September 22, 2023; it is further

ORDERED that Class Plaintiffs show cause before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 20, 2023, at 2:00 p.m, or as soon thereafter as counsel may be heard why an order should not be entered pursuant to Rule 62(b) of the Federal Rules of Civil Procedure staying all judgment enforcement proceedings undertaken by Class Plaintiffs in connection with the Partial Judgment pending appeal; and it is further

ORDERED, that on or before September 5, 2023, the Movants shall serve this order to show cause and the supporting memorandum of law and Declarations upon counsel for Class Plaintiffs, Joseph & Kirschenbaum LLP, 32 Broadway, Suite 601, New York, New York 10004, Attn: Lucas C. Buzzard, Esq., by ECF, in addition to service by email, which shall be deemed good and sufficient service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 474.

SO ORDERED.

Dated: September 1, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge