UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

                Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

                Defendants.
———————————————————————X

Case No. 17-cv-00553 (GHW)

**CONSENT TO CHANGE ATTORNEY**

**IT IS HEREBY CONSENTED** that Harrington, Ocko & Monk, LLP, located at 81 Main Street, Suite 215, White Plains, New York 10601, be substituted as attorneys of record for the undersigned non-party WEINER LLC in the above-entitled action in place and stead of the Law Offices of Fred L. Seeman as of the date hereof.

| HARRINGTON, OCKO, & MONK, LLP | LAW OFFICES OF FRED L. SEEMAN |
|---|---|
| By: _____<br>Kevin J. Harrington<br>Michael W. Freudenberg<br>*Incoming Attorneys for*<br>*Non-Party* WEINER LLC<br>81 Main Street, Suite 215<br>White Plains, NY 10601<br>(914) 686-4800<br>kharrington@homlegal.com | By: /s/ Fred L. Seeman<br>Fred L. Seeman<br>*Outgoing Attorneys for*<br>*Non-Party* WEINER LLC<br>32 Broadway – Suite 1214<br>New York, NY 10004<br>(212) 608-5000<br>fred@seemanlaw.com |
| Dated: White Plains, New York<br>September 27, 2023 | Dated: New York, New York<br>September 27, 2023 |

WEINER LLC

By: _____
      Bruce Dailey

Title: _____

Date: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

      Plaintiff,

 v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

      Defendants.
───────────────────────────────X

Case No. 17-cv-00553 (GHW)

**CONSENT TO CHANGE ATTORNEY**

 **IT IS HEREBY CONSENTED** that Harrington, Ocko & Monk, LLP, located at 81 Main Street, Suite 215, White Plains, New York 10601, be substituted as attorneys of record for the undersigned non-party WEINER LLC in the above-entitled action in place and stead of the Law Offices of Fred L. Seeman as of the date hereof.

HARRINGTON, OCKO, & MONK, LLP

By: _____
  Kevin J. Harrington
  Michael W. Freudenberg
  *Incoming Attorneys for*
  *Non-Party* WEINER LLC
  81 Main Street, Suite 215
  White Plains, NY 10601
  (914) 686-4800
  kharrington@homlegal.com

Dated: White Plains, New York
   September ____, 2023

LAW OFFICES OF FRED L. SEEMAN

By: _____
  Fred L. Seeman
  *Outgoing Attorneys for*
  *Non-Party* WEINER LLC
  32 Broadway – Suite 1214
  New York, NY 10004
  (212) 608-5000
  fred@seemanlaw.com

Dated: New York, New York
   September ____, 2023

WEINER LLC

By: _[signature]_____
  Bruce Dailey

Title: Partner

Date: 9/20/2023