# NEAL S. COMER
ATTORNEY AT LAW
81 MAIN STREET
WHITE PLAINS · NEW YORK 10601

TEL: 914 683-5400 · FAX: 914 683-1279
comeresq@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023

**MEMORANDUM ENDORSED**

October 5, 2023

*VIA ECF*

Honorable Gregory H. Woods
Southern District of New York
United States District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Zivkovic v. Laura Christy LLC et al. 17 cv 553</u>

Dear Judge Woods:

    On October 4, 2023, I had a scheduled 1 visit with my neurologist, Dr. Weintraub. I am aware that Dr. Weintraub dictated a detailed report on the EEG and the examination. I have not, as yet, received that report but expect it in short order.

    At that visit I underwent a fifth EEG and the doctor conducted a physical examination. It is my understanding that the EEG showed progress in my condition but with some distance yet to go to bring me back to where I was prior to the concussion.

    I told Dr. Weintraub that I felt better clarity of mind had returned and that I was able to read without difficulty. I am, however, finding that I am still limited in working on my computer and drafting documents. Dr. Weintraub advised that, given my age and the severity of the concussion, it could take up to six months to full recovery. (It has now been almost four months since my injury.) He stated

# NEAL S. COMER

Hon. Gregory H. Woods
October 5, 2023

that when working on the computer I should not go more than twenty minutes at a time and take frequent rests.

I believe that I can begin to work on opposition to the plaintiffs' motion and would ask that I be given an extended schedule to complete that task. I think that if the court can allow me until November 8, 2023, that would allow me sufficient time to complete and file opposition papers.

The Dr. has scheduled another EEG and examination for December 13, 2023.

Respectfully yours,

Neal S. Comer

Counsel's request to hold in abeyance Plaintiff's motion to hold Mr. Ghatanfard in contempt is granted. The deadline for Mr. Ghatanfard to file his opposition brief and the September 19, 2023 hearing remain adjourned sine die. Counsel for Mr. Ghatanfard is directed to file a status report no later than November 8, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 510.

SO ORDERED.

Dated: October 5, 2023

_____
GREGORY H. WOODS
United States District Judge