USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
PAVLE ZIVKOVIC, *on behalf of himself and others* :
*similarly situated, et al.*, :
: 1:17-cv-553-GHW
Plaintiff(s), :
: ORDER
-v – :
:
LAURA CHRISTY LLC *d/b/a* VALBELLA, *et al.*, :
:
Defendant(s). :
X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

A conference has been scheduled in this matter on Plaintiffs' motion for an attachment on Rosey Kalayjian for October 18, 2023. Dkt. No. 478. The temporary restraining order on Ms. Kalayjian in connection with the motion remains in effect, with the consent of Ms. Kalayjian. *Id.* The Court has a conference scheduled for October 20, 2023 in connection with its order to show cause why an order should not be entered staying all judgment enforcement proceedings in light of the pending appeal of the Court's July 4, 2023 partial judgment. Dkt. No. 479. The outcome of the October 20 conference may affect the issues raised by Plaintiffs' motion for an attachment on Ms. Kalayjian.

Accordingly, the Court directs Plaintiffs and Ms. Kalayjian to advise the Court by October 17, 2023, at 5:00 p.m.: (1) whether they consent to adjourning the October 18 conference to October 25, 2023 at 10:00 a.m.; and, if yes, (2) whether they consent to continuing the temporary restraining order on Ms. Kalayjian until the date of the adjourned conference.

SO ORDERED.

Dated: October 16, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge