```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
PAVLE ZIVKOVIC, *on behalf of himself and others* :
*similarly situated, et al.*, :
: 1:17-cv-00553-GHW
Plaintiffs, :
: ORDER
-v – :
:
LAURA CHRISTY LLC, *d/b/a Valbella, et al.*, :
:
Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court previously granted Plaintiffs' motion for an order of attachment on Ms. Rosey Kalayjian, Dkt. No. 420-33, in an October 26, 2023 order for the reasons stated on the record at the October 25, 2023 show-cause hearing. Dkt. No. 523. The Court directed that, "[a]bsent an order of the Court directing otherwise, Plaintiffs shall post an undertaking in the amount of $150,000 . . . ." *Id.* At the October 25 hearing, Plaintiffs and Ms. Kalayjian represented that they may discuss the possibility of agreeing on a different undertaking. In a joint letter dated November 1, 2023, Plaintiffs and Ms. Kalayjian represent they have been unable to reach agreement on the amount of Plaintiffs' undertaking.

Accordingly, Plaintiffs shall post an undertaking in the amount of $150,000 with the Clerk of Court by November 9, 2023.

SO ORDERED.

Dated: November 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge