# PENACHIO MALARA, LLP
## ATTORNEYS AT LAW
**245 Main Street, Suite 450**
**White Plains, New York 10601**

FRANCIS J. MALARA*
ANNE J. PENACHIO*
_____

JENNIFER RAGGO, Paralegal
-------------------------------------------
*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

November 13, 2023

**Electronically Filed**

The Honorable Gregory H. Woods
District Court Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re:  Zivkovic v. Laura Christy LLC et al
            Case No.: 17-cv-00553 (GHW)

Dear Judge Woods:

    I serve as bankruptcy counsel to David Ghatanfard, a defendant in the above-referenced action.  I am writing to advise the Court the Mr. Ghatanfard filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code this morning.  Attached is proof of filing.

    Pursuant to 11 U.S.C. §§ 362 and 541, the automatic stay applies to further proceedings before this Court including all judgment enforcement proceeding and discovery in aid of judgment enforcement.

                          Respectfully,

                          */s/Anne Penachio*

                          Anne Penachio

Cc:    Lucas Buzzard, Esq. lucas@jk-llp.com
        Yosef Nussbaum, Esq. jnussbaum@jhllp.com
        Michael Gordon, Esq.  mgordon@bakerlaw.com
        Neil Comer, Esq. comeresq@aol.com
        Amanda Maguire, Esq. amaguire@dsblawny.com

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/13/2023 at 07:20 AM and filed on 11/13/2023.

**Davoud Ghatanfard**
1133 Warburton Avenue, #505N
Yonkers, NY 10701
SSN / ITIN: xxx-xx-9034
*aka* **David Ghatanfard**

The case was filed by the debtor's attorney:

**Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889

The case was assigned case number 23-22840-shl to Judge Sean H. Lane.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 11/13/2023 12:13:41 | | | |
|---|---|---|---|
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-22840-shl |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |