USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
PAVLE ZIVKOVIC, *on behalf of himself and others* :
*similarly situated, et al.*, :
: 1:17-cv-553-GHW
Plaintiffs :
: ORDER
-v – :
:
LAURA CHRISTY LLC, *d/b/a Valbella, et al.*, :
:
Defendants. :
X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

By letter dated November 13, 2023, Dkt. No. 535, the Court has been informed that Defendant David Ghatanfard has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York, Case No. 23-22840.  Given the automatic stay triggered by the bankruptcy filing, the Court will take no further action at this time on the enforcement proceedings to recover from the judgment against Mr. Ghatanfard and his assets, including the contempt proceedings against Mr. Ghatanfard.  This also includes any proceeding related to the alleged fraudulent transfer of assets from Mr. Ghatanfard to Rosey Kalayjian, which the Court understands may be taken up by the Bankruptcy Court.

Accordingly, the conference scheduled for November 14, 2023 is canceled.  The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 364, 405.  The Clerk of Court is also directed to note the stay of this case on the docket.

SO ORDERED.

Dated: November 13, 2023
    New York, New York
                                                                    _____
                                                                           GREGORY H. WOODS
                                                                        United States District Judge