```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
PAVLE ZIVKOVIC, *on behalf of himself and others* :
*similarly situated, et al.*, :
: 1:17-cv-00553-GHW
Plaintiffs, :
: ORDER
-v – :
:
LAURA CHRISTY LLC *d/b/a Valbella, et al.*, :
:
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 23, 2024, counsel for third parties Rosey Kalayjian, Valbella at the Park LLC, and Oak Grove Road LLC (the "Third Parties") filed two proposed orders for the withdrawal of counsel, with attached declarations. Dkt. Nos. 541, 542. The Court is not able to grant these requests for the withdrawal of counsel at this time. These submissions fail to show that the applications were served upon their clients, as required by Local Rule 1.4 ("All applications to withdraw must be served upon the client . . . ."). Counsel for the Third Parties are directed to file updated or supplemental materials to their requests for withdrawal of counsel by February 7, 2024 for the Court's renewed consideration.

SO ORDERED.

Dated: February 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge