```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC,

        Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, AND GENO LUCA,

        Defendant.

Case No. 17-CV-00553-GHW

## ~~PROPOSED~~ ORDER FOR WITHDRAWAL OF COUNSEL

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Michael S. Gordon, of Baker & Hostetler LLP, is hereby withdrawn as counsel for third parties Valbella at the Park LLC, Oak Grove Road LLC, and Rosey Kalayjian and the clerk is directed to remove his name from the ECF service list in the above-captioned action.

SO ORDERED:
Dated: February 7, 2024

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIVKOVIC,<br><br>        Plaintiff,<br>v.<br><br>LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, AND GENO LUCA,<br><br>        Defendant. | Case No. 17-CV-00553-GHW |

## DECLARATION OF MICHAEL S. GORDON

I, **MICHAEL S. GORDON**, declare under penalty of perjury pursuant to 28 U.S.C.§ 1746 that the following is true and correct:

1. I am a partner at the law firm of Baker & Hostetler LLP ("BakerHostetler"), which has represented third parties, Valbella at the Park LLC, Oak Grove Road LLC, and Rosey Kalayjian in the above-captioned action.

2. I am admitted to practice in this Court and respectfully submit this Declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because the third parties described above will be represented by other counsel moving forward in this action.

3. I am not asserting a retaining or charging lien in this action.

4. The proposed order withdrawing as counsel has been served on the client in this action.

Dated:  February 6, 2024
       New York, New York

**BAKER & HOSTETLER LLP**

By: */s/  Michael S. Gordon*

    Michael S. Gordon
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4265
    Facsimile: (212) 589-4280
    mgordon@bakerlaw.com