USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                           :
PAVLE ZIVKOVIC, *on behalf of himself and others*  :
*similarly situated, et al.*,                                       :
                                                           :    1:17-cv-00553-GHW
                                    Plaintiffs  :
                                                           :    <u>ORDER</u>
                          -v-                                :
                                                           :
LAURA CHRISTY LLC, *d/b/a Valbella, et al.*,  :
                                                           :
                                      Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On March 5, 2024, the U.S. Court of Appeals for the Second Circuit issued a mandate, remanding this matter to this Court to clarify the record as to the status of Plaintiffs' federal claims under the Federal Labor Standards Act. Dkt. No. 549. Accordingly, the parties are directed to submit a joint letter by **April 5, 2024** with the parties' respective proposals on the Court's response to the mandate issued by the Second Circuit and the instructions contained therein.

       SO ORDERED.

Dated: March 5, 2024
       New York, New York

                                                             GREGORY H. WOODS
                                                       United States District Judge