# NEAL S. COMER

ATTORNEY AT LAW

81 MAIN STREET
WHITE PLAINS · NEW YORK 10601

TEL: 914 683-5400 · FAX: 914 683-1279
comeresq@aol.com

March 12, 2024

*VIA ECF*

Honorable Gregory H. Woods
Southern District of New York
United States District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

    Re:   <u>Zivkovic v. Laura Christy LLC et al. 17 cv 553</u>

Dear Judge Woods:

    Your Honor has recently directed counsel to submit a joint letter regarding the status of the plaintiffs' FLSA claims. At this juncture it would seem that counsel are at odds on how to go about the task of creating a joint letter. On behalf of the defendants we respectfully request permission for each side to submit its own individual letter to the court.

                                   Respectfully yours,

                                   Neal S. Comer