JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 15, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026

**MEMORANDUM ENDORSED**

> *Re:    Zivkovic v. Laura Christy LLC, et al.,*
> **No.: 17-cv-553 (GHW)**

Dear Judge Woods,

  We represent Plaintiffs in the above referenced action. We write jointly with counsel for Rosey Kalayjian to respectfully request a 60-day adjournment of Plaintiffs' motion to enforce this Court's temporary restraining order ("TRO") and order of attachment against Rosey Kalayjian, which is currently due January 15, 2026.

  The reason for this request is that we have been notified that on January 14, 2026, the Chapter 7 trustees in the bankruptcies of Defendants David Ghatanfard and Laura Christy Midtown, LLC reached a settlement in principle of all claims involving those bankruptcy estates. We anticipate that the current issues concerning this Court's TRO/attachment order will be resolved via that settlement. Accordingly, Plaintiffs and Ms. Kalayjian respectfully request a 60-day adjournment of Plaintiffs' motion to permit time for the settlement in principle to be finalized.

  We thank the Court for its attention to this matter.

Respectfully,

_/s/Lucas C. Buzzard_____
Lucas C. Buzzard

Application granted in part. The January 15, 2026 request by Plaintiffs and Ms. Kalayjian for an extension of time for Plaintiffs to file a motion to enforce the Court's temporary restraining order and order of attachment against Ms. Kalayjian, Dkt. No. 584, is granted in part. The deadline for Plaintiffs to file and serve such a motion is adjourned *sine die*. Should Plaintiffs wish to file such a motion in the future, they may seek leave to do so by letter to the Court. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 584.

SO ORDERED.

Dated: January 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge