NEAL S. COMER
ATTORNEY AT LAW
81 MAIN STREET
WHITE PLAINS · NEW YORK 10601
TEL: 914 683-5400 · FAX: 914 683-1279
comeresq@aol.com

August 25, 2026

*VIA ECF*

Honorable Gregory H. Woods
Southern District of New York
United States District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

Re: Zivkovic v. Laura Christy LLC et al. 17 cv 553

Dear Judge Woods:

I write on behalf of the defendant, David Ghatanfard, in the above-referenced matter, in response to the letter of Josef Nussbaum, Esq., dated August 23, 2026. Exhibit C to Mr.Nussbaum's letter is The Bankruptcy Court's order authorizing and approving the settlement agreement. In that order, the last decretal paragraph provides as follows:

> " ORDERED that this Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of the Order."

It seems, therefore, that the matters Mr. Nussbaum proposes to discuss with Your Honor, the administration and disbursement of the settlement proceeds, should be more properly discussed with Hon. Shireen A. Barday, the Bankruptcy Judge who signed the order.

We therefore submit that Mr. Nussbaum's request should be denied.

Respectfully yours,

Neal S. Comer