UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,<br><br>Defendants. | 17-CV-00553-GHW |

**ORDER VACATING TEMPORARY RESTRAINING ORDER AND ATTACHMENT ORDER**

Upon consideration of Plaintiff Pavle Zivkovic ("Plaintiff") and third-party Rosey Kalayjian's letter motion to vacate the Temporary Restraining Order and Attachment Order against Ms. Kalyjian and any other entities or persons subject to the Temporary Restraining Order and Attachment Order, and Exhibits thereto, the Court makes the following findings:

**WHEREAS** this action was tried to a jury and, on April 11, 2022, the jury rendered a verdict in favor of the Subclasses that the Court certified on November 13, 2018 (Dkt. No. 147); and

**WHEREAS** on July 4, 2023, the Court entered a partial judgment in favor of the Subclasses consistent with the verdict rendered by the jury and against Defendants Laura Christy LLC, Laura Christy Midtown LLC, and David Ghatanfard, jointly and severally, (the "Judgment") (Dkt. No. 424); and

**WHEREAS** on July 5, 2023, the Court entered a temporary restraining order ("TRO") in which it temporarily attached certain assets held by Ms. Kalyjian (Dkt. No. 438); and

**WHEREAS** on October 26, 2023, the Court entered an attachment order relating to certain assets held by Ms. Kalayjian ("Attachment Order") (Dkt. No. 523); and

**WHEREAS** in November 2023, Defendants David Ghatanfard and Laura Christy Midtown LLC filed for bankruptcy (Dkt. No. 535); and

**WHEREAS** the Court has been informed that a settlement of those bankruptcy cases has been reached which would fully resolve the Judgment entered in this case; and

**WHEREAS** the Court has been informed that as part of that settlement of the bankruptcy cases, Plaintiff agreed to seek to have the TRO and Attachment Order against Ms. Kalayjian and any other entities or persons subject to the TRO and Attachment Order vacated;

It is **HEREBY ORDERED**, that:

1. The TRO and Attachment Order at Dkt. Nos. 438 and 523 are hereby vacated in their entirety.

2. Any and all undertakings Plaintiff submitted to the Clerk of Court in connection with the TRO and Attachment Order shall be returned to Plaintiff's counsel.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 593.

SO ORDERED this 8th day of September, 2026.

Hon. Gregory H. Woods, U.S.D.J.