USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

Defendants.

17-CV-00553-GHW

**ORDER DIRECTING RETURN OF UNDERTAKINGS SUBMITTED IN CONNECTION WITH TEMPORARY RESTRAINING ORDER AND ATTACHMENT ORDER**

Upon consideration of Plaintiff Pavle Zivkovic's ("Plaintiff's") letter motion for an additional order specifying the disbursement of undertakings submitted in connection with the Temporary Restraining Order and Attachment Order against Ms. Kalyjian, and Exhibits thereto,

the Court makes the following findings:

**WHEREAS** on September 8, 2026, the Court entered an Order (the "September 8 Order") vacating a temporary restraining order issued on July 5, 2023 ("TRO") and an order of attachment issued on October 26, 2023 ("Attachment Order"), *see* Dkt No. 594;

**WHEREAS** in the September 8 Order, the Court directed the return of any and all undertakings Plaintiff submitted in connection with the TRO and Attachment Order;

**WHEREAS** the Court has been informed that additional information is required before the undertakings may be disbursed from the Court's Registry;

It is **HEREBY ORDERED**, that:

1. The Clerk of Court shall disburse from the Court's Registry the principal of the undertakings submitted by Plaintiff in the total amount of $162,000.00, without interest, to Plaintiffs' counsel, Joseph & Kirschenbaum LLP;

2. The above amount shall be disbursed in accordance with the banking instructions provided directly to the Clerk's Office by Plaintiffs' counsel.

SO ORDERED this 24th day of September, 2026.

______________________________

Hon. Gregory H. Woods, U.S.D.J.