# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com


October 15, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: Zivkovic v. Laura Christy LLC, et al.,***
**No.: 17-cv-553 (GHW)**

Dear Judge Woods,

We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 Subclasses ("Plaintiffs") in the above referenced action. We write to respectfully request an additional three days, until October 20, 2026, to file the motion relating to the judgment allocation and administration. *See* Dkt. No. 596. The reason for this request is that the undersigned had a family member in the hospital and I was away from work for three days this past week tending to them.

This is Plaintiffs' second request for an extension of this deadline and the previous request was granted.

We thank the Court for its attention to this matter.

Respectfully,

*_/s/Josef Nussbaum*
Josef Nussbaum