USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAVLE ZIVKOVIC, *et al.*,

Plaintiffs,

-v-

LAURA CHRISTY LLC, *et al.*,

Defendants.

---

1:17-cv-553-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 20, 2026, Plaintiffs filed a proposed settlement distribution process and requested the appointment of a claims administrator. Dkt. No. 600. Any opposition to Plaintiffs' motion must be filed no later than November 3, 2026.

No later than October 23, 2026, Plaintiffs are directed to (1) file a proposed form of order implementing the relief requested in the motion; (2) submit native format versions of the spreadsheets submitted in support of the motion to the Court's Chambers email address; and (3) file a supplemental affidavit describing the sources of the addresses and other contact information that Plaintiffs intend to use to contact class members.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge