JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

45 Broadway, Suite 302
New York, NY 10006
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

October 26, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: Zivkovic v. Laura Christy LLC, et al.,***
**No.: 17-cv-553 (GHW)**

Dear Judge Woods,

We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 Subclasses ("Plaintiffs") in the above referenced action. With apologies to the Court for the delayed filing, we write pursuant to the Court's October 21, 2026 order to submit: (1) a proposed order implementing the relief Plaintiffs seek concerning appointment of a claims administrator and distribution of the bankruptcy settlement proceeds, *see* Ex. 1; and (2) a supplemental declaration detailing the sources of the addresses and contact information for class members that Plaintiffs intend to use, *see* Ex. 2. Separately, native versions of the spreadsheets attached to Plaintiffs' prior motion are being sent to your chambers email address.

We thank the Court for its attention to this matter.

Respectfully,

*/s/Lucas C. Buzzard*
Lucas C. Buzzard