UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

Plaintiff,

v.

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENCO LUCA,

Defendants.

No. 17-cv-00553-GHW

**DECLARATION OF JOSEF NUSSBAUM**

I, Josef Nussbaum, under penalty of perjury affirm as follows:

1. My name is Josef Nussbaum, and I am a partner with Joseph & Kirschenbaum LLP ("JK"), Plaintiff's and class counsel in the above-captioned matter. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in response to the Court's Order seeking a description of the sources of the addresses and other contact information that Plaintiffs intend to use to contact class members.

3. On November 13, 2018, the Court certified two subclasses in this matter. (Dkt. No. 147.)

4. Thereafter, Defendants produced class lists (the "Class Lists") for both subclasses which included, among other things, Subclass Members' addresses, dates of birth, and social security numbers.

5. Since the subclasses were certified in 2018, multiple Subclass Members have contacted our office to update their contact information.

6. Plaintiffs intend to share the Class Lists with any claims administrator appointed by the Court.

7. Plaintiffs expect that the claims administrator will perform a skip trace for each Subclass Members to ascertain their most up to date address and will then mail the checks to that those addresses.

Dated: October 22, 2026

s/ *Josef Nussbaum*
Josef Nussbaum