HARRINGTON OCKO & MONK LLP
ATTORNEYS-AT-LAW

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/30/2026

October 29, 2026

**MEMORANDUM ENDORSED**

**Via ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Zivkovic v. Laura Christy LLC, et al, 17 CV 553 (GHW)

Dear Judge Woods:

We are counsel to Interested Party Valbella At the Park, LLC ("VATP") and Rosey Kalayjian ("Kalayjian") in this action. We write this letter jointly with Leonard Spielberg, Esq. (counsel for Defendant Laura Christy Midtown LLC) and Neal S. Comer, Esq. (counsel for Defendant David Ghatanfard) to respectfully request an extension of time to file opposition to the portion of Plaintiffs' letter motion regarding where unclaimed settlement funds, if any, should be distributed ("Plaintiffs' motion"). Per Your Honor's Order, dated October 2, 2026 (Doc 601), opposition to Plaintiffs' motion is currently due November 3, 2026.

At the outset, we believe that it is premature at this time to make a determination on the distribution of potential unclaimed settlement funds without first a determination that there are in fact unclaimed funds, as well as the amount of such unclaimed funds. We respectfully submit that such determination should await future receipt of such information from the Claims Administrator.

In the event that the Court is inclined to make a determination on where any unclaimed funds should be distributed, we respectfully request an extension of time until December 1, 2026, taking into consideration the upcoming Thanksgiving holidays, to submit opposition papers to Plaintiffs' motion, just to the unclaimed funds portion of such requested relief. We are seeking additional time to submit opposition papers because of health issues concerning Leonard Spieldberg, Esq. and Neal S. Comer, Esq. Mr. Spielberg recently suffered from a stroke, whereas Mr. Comer was recently hospitalized for a week.

We would also like to advise the Court that during the settlement process including the drafting of the Settlement Agreement, VATP and Defendants have taken the position that any unclaimed funds should be returned back to the party that funded the settlement (VATP). My client, VATP has in fact funded the settlement. VATP, while not a party to this action and having engaged in no wrongdoing, did fund the settlement due to the costs and uncertainty of continued litigation in

the alleged successor liability action (*Zivkovic et v. Valbella At The Park, LLC*, Case No.: 22-cv-07344 (AS)) which has now been resolved.

At the September 2, 2026 Court Conference, Plaintiffs' letter motion was originally due to be filed by the end of that week as per Plaintiffs' counsel's representation to the Court at the Court conference on September 2, 2026. Subsequently, Plaintiffs requested and was granted an additional three-week extension of time until October 15, 2026 to submit their motion (Doc Nos. 595 and 596).

On October 20, 2026, Plaintiffs submitted their letter motion (Doc No. 600), and on October 26, 2026 filed their proposed Order implementing the relief they seek concerning appointment of a claims administrator and distribution of the bankruptcy settlement proceeds, as well as a supplemental declaration detailing the sources of the addresses and contact information for class members that Plaintiffs intend to use (Doc Nos. 602, 602-1, and 602-2).

In light of the above, we write to respectfully that the Court grant our request (a) that a determination of where unclaimed funds should be distributed await a determination by the Claims Administrator of the amount of unclaimed funds, if any; (b) alternatively, that any opposition to the unclaimed funds distribution proposal by Plaintiff be adjourned to December 1, 2026, or another date acceptable to the Court, due to the reasons set forth herein.

We thank the Court for its kind attention to this matter.

Respectfully yours,

s/Michael W. Freudenberg

Michael W. Freudenberg

cc: Counsel of Record (via ECF)

Application denied. The request by Interested Parties Valbella At The Park, LLC and Rosey Kalayjian and Defendants Laura Christy Midtown LLC and David Ghatanfard for an extension of time to file an opposition to Plaintiffs' proposed settlement distribution process and request for the appointment of a claims administrator is denied. Any opposition is due no later than November 3, 2026. Dkt. No. 601. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 604.

SO ORDERED.

Dated: October 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge