HARRINGTON OCKO & MONK LLP
ATTORNEYS-AT-LAW

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

November 9, 2026

**Via ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Zivkovic v. Laura Christy LLC, et al, 17 CV 553 (GHW)

Dear Judge Woods:

We are counsel to Valbella At the Park, LLC ("VATP"), the interested non-party that funded and paid the settlement amount in this action.

Per Your Honor's Order of November 6, 2026, the Court has scheduled an in-person conference to discuss Plaintiff's proposed settlement distribution process and request for the appointment of a claims administrator on November 16, 2026 at 4:00 p.m.

We are writing to respectfully request an adjournment of this Court conference as I have a long-scheduled deposition on such date. The deposition involves three cases consolidated for discovery purposes, and in which numerous counsel in these cases are to appear for this deposition. Coordinating a mutually agreeable deposition date has proven difficult given the need to accommodate all counsel involved in the three cases and the witness. The deposition is scheduled for 10:00 a.m. and is expected to last the entire day. In light of these scheduling constraints, we respectfully request the Court to adjourn the conference to another date convenient for the Court. This is VATP's first request of an adjournment of this conference.

We thank the Court for its kind attention to this matter.

Respectfully yours,

s/ Michael W. Freudenberg

Michael W. Freudenberg

cc: Counsel of Record (via ECF)